UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20159 CR - GOLD

MAGISTRATE JUDGE
SIMONTON

IN RE: SEALED INDICTMENT
_____/

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, and respectfully requests that the attached indictment, arrest warrants, and any resulting order be SEALED until the arrest of the first defendant or until further order of this court, for the reason that the named defendants may flee, the integrity of the ongoing investigation might be compromised, and the safety of certain witnesses could be compromised should knowledge of this indictment become public. The undersigned, however, seeks limited disclosure to other United States District Court Judges, Magistrate Judges, and other necessary parties for the purpose of obtaining search warrants, protective orders, provisional arrest warrants and other legal process that the United States may seek in the above captioned case.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
JUAN A. GONZALEZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 897388
8245 N.W. 53rd Street
Miami, FL 33166
(305) 597-1973 Office
(305) 597-2020 Facsimile
juan.antonio.gonzalez@usdoj.gov