(6) Account # 0606111874-05, Creaton's Private Label, Inc., Ocean Bank #066011392, 5340 N.W. 161 St., Miami, Florida 33014;

(7) Account # 0606160131-05, Express Truck & Auto Parts, Inc., Ocean Bank #066011392, 11710 N.W. South River Drive, #102, Miami, Florida 33178;

(8) Account # 6111076-05, Express Truck & Auto Parts, Inc., Ocean Bank #066011392, 11710 N.W. South River Drive, #102, Miami, Florida 33178;

(9) Account # 0606160565-05, Express Truck & Auto Parts, Inc., Ocean Bank #066011392, Merchant Account, 11710 N.W. South River Drive, #102, Miami, Florida 33178;

(10) Account # 10137571786 (Mortgage), Yoram Izhak, Ocean Bank # 066011392;

(11) Account # 611100905, Maria Modas Inc., Ocean Bank # 066011392, P. O. Box 4486, Hialeah, Florida 33014;

(12) Account # 611103305, One Stop Properties Inc., Ocean Bank #066011392, P. O. Box 4486, Hialeah, Florida 33014;

(13) Account # 611108405, Radi Steel Services, Inc., Ocean Bank #066011392, 8135 N.W. 93 Street, Medley, Florida 33166;

(14) Account # 616123505, Rodger's Office Supply, Ocean Bank #066011392; 1705 W. 39 Place, Hialeah, Florida;

(15) Account # 0606097561-11, Abraham & Margaret, Ocean Bank #066011392, 330 Ridgewood Dr, Key Biscayne, Florida;

(16) Account # 616333520, Abraham & Margaret Rydz, Ocean Bank

#066011392, 330 Ridgewood Dr, Key Biscayne, Florida;

(17) Account # 060609756111, Margaret Rydz, Ocean Bank;

(18) Account # 6111327-05, Tecton & Tower Corp., Ocean Bank # 066011392, 8135 N.W. 93 Street. Medley, Florida 33166;

(19) Account # 0606111041-05, Tropical Textile Corp., Ocean Bank #066011392, 5340 N.W. 161 St., Miami, Florida 33014;

(20) Account # 0100276332-05, Tropical Textile Corp., Ocean Bank #066011392, 5340 N.W. 161 St., Miami, Florida 33014;

(21) Account # 0606160158-05, V.A. Enterprises, Inc., Ocean Bank # 066011392, 8135 N.W. 93 Street. Medley, Florida 33166;

(22) Account # 611106805, V.A. Enterprises, Inc., Ocean Bank # 066011392, 8135 N.W. 93 Street. Medley, Florida 33166;

(23) Account # 0606160573-05, V.A. Enterprises, Inc., Ocean Bank # 066011392, Merchant Account, 8135 N.W. 93 Street. Medley, Florida 33166;

(24) Account # 0606097618-11, Orestes or Gladys Vidan, Ocean Bank #066011392, 10325 S.W. 87 Ct, Miami, Florida;

(25) Account # 0606097618-00, Orestes or Gladys Vidan, Ocean Bank #066011392, Certificate of Deposit, 10325 S.W. 87 Ct, Miami, Florida; and

(26) Account Demand Deposit, **Orestes Vidan**, Ocean Bank # 066011392, 10325 S.W. 87 Ct, Miami, Florida.

h. South Trust Bank Loan Accounts including:

(1) Account # 95292708, Orestes Vidan, South Trust Bank Loan, 10325

S.W. 87 Ct, Miami, Florida.

i. Suntrust Bank Accounts including:

(1) Account # 0045007328655, Trends 9800 Ltd., Bank # 066000604, 9800 N.W. 78 Ave., Hialeah, Florida. 33016.

j. Transatlantic Bank Accounts including:

(1) Checking Account # 4010634806, Vivian Rydz;

(2) Savings Account # 4010634820, Vivian Rydz; and

(3) Savings Account # 4010634821, Vivian Rydz.

k. Union National Bank Accounts including:

(1) Account # 0011136835, Trends 9800 Ltd., United National Bank # 067009646, 7600 W 20 Ave., Suite 213, Hialeah, Florida 33016.

l. Union Planters Bank Accounts including:

(1) Account # 2211196910, Aztec Financial Enterprises, Inc., Account # 730, 8135 N.W. 93 Street. Medley, Florida 33166;

(2) Account # 2211195010, Aztec Financial Enterprises, Inc., 8135 N.W. 93 Street. Medley, Florida 33166;

(3) Account # 0202115920-10, Biscayne Coast Investments, 9695 N.W. 79 Ave., Bay #25, Hialeah Gardens, Florida 33016;

(4) Account # 2209705210, Express Truck & Auto Parts, Inc., 11710 N.W. South River Drive, #102, Miami, Florida 33178;

(5) Account # 0091009263, Express Truck & Auto Parts, Inc., 11710 N.W. South River Drive, #102, Miami, Florida 33178;

23

(6) Account #22097052-10, Express Truck & Auto Parts, Inc., 11710 N.W. South River Drive, #102, Miami, Florida 33178;

(7) Account # 020211760610, Maria Modas Inc., P. O. Box 4486, Hialeah, Florida 33014;

(8) Account # 020211865310, Radi Steel Services Inc., 8135 N.W. 93 Street. Medley, Florida 33166;

(9) Account # 0202111306-10, Stanara Company, N.V., 8135 N.W. 93 Street. Medley, Florida 33166;

(10) Account # 2204969412, Stanara Company Corp., 8135 N.W. 93 Street. Medley, Florida 33166;

(11) **Account #** 020211135710, Tecton & Tower Corp., 8135 N.W. 93 Street. Medley, Florida 33166;

(12) Account # 020211135910, Teton & Tower Corp., 8135 N.W. 93 Street. Medley, Florida 33166;

(13) Account # 0035293357, V.A. Enterprises, Inc., 8135 N.W. 93 Street. Medley, Florida 33166;

(14) Account # 2209834210, V.A. Enterprises, Inc., 8135 N.W. 93 Street. Medley, Florida 33166;

(15) Account # 20209834210, V.A. Enterprises, Inc., 8135 N.W. 93 Street. Medley, Florida 33166;

(16) Account # 22102668-07, Orestes or Gladys Vidan, 10325 S.W. 87 Ct, Miami, Florida;

(17) Account # 0202102668-07, Orestes or Gladys Vidan, 10325 S.W. 87 Ct, Miami, Florida;

(18) Account # 202079518-07, Orestes or Gladys Vidan, 10325 S.W. 87 Ct, Miami, Florida; and

(19) Account # 22045788-09, Orestes & Gladys Vidan In Trust For Vilma & Susana Vidan, 10325 S.W. 87 Ct, Miami, Florida.

m. Citfed Mortgage Corp. of America Accounts including:

(1) Account # 091015224- 00481, 79350134, In name(s) of: Orestes & Gladys Vidan.

n. Iomega Investments, Inc. Accounts including:

(1) Account # 2090002381418, First Union National Bank # 067006432, Miami Springs Branch 800-735-1012, In name(s) of: Orestes Vidan, Abraham Rydz, Maria Modas, Inc.

o. Joge Investments, Inc. Accounts including:

(1) Investment Account, In name(s) of: Orestes Vidan, Gladys Vidan or Tecron and Tower Corp.

p. Personal Finance Co. Accounts including:

(1) Account # 0100314129-05, Ocean Bank # 066011392, In name(s) of: Orestes Vidan.

q. Real Estates Transactions, Inc. Accounts including:

(1) Operating Account, 2666 Collins Avenue, C-1, Miami Beach, Florida 33140; and

25

(2) Account # 020007920, Capital Bank # 067008414, In name(s) of: Orestes & Gladys Vidan.

r. WM Financial Services - Mutual Funds Accounts including:

(1) Mutual Fund Account, In name(s) of: Gladys Vidan, Luisa De La Campa.

t. Real Estate Properties including:

(1) 1541 Brickell Avenue C708, The Palace Condo Unit C-708 Undiv.38% Int. In Common Elements Off. Rec. 11275-1461 OR 20151-2871 0102 4 of Miami-Dade County, Florida;

(2) 698 Fernwood Road A, Fernwood West Condo Unit A Undiv.50% Int. In Common Elements Off. Rec. 18279-4538 OR 20441-0556 0502 1 of Miami-Dade County, Florida;

(3) 2555 Collins Avenue 1700, Club Atlantis Condo Unit 1700 Undiv.270% Int In Common Elements Off. Rec. 11607-1991 OR 17829-3922 1097 1 of Miami-Dade County, Florida;

(4) 2555 Collins Avenue 1701, Club Atlantis Condo Unit 1701 Undiv.346% Int. In Common Elements Off. Rec. 11607-1991 OR 13479-880 1187 1 of Miami-Dade County, Florida;

(5) 2891 SW 128 Avenue, 14 54 39 .7 AC PB 46-13 JG Heads Farms Unit A Lot 15 Blk 1 Lot Size Irregular or 10244-2007 12781 of Miami-Dade County, Florida;

(6) Vacant land adjacent to 2891 SW 128 Avenue, 14 54 39 .7 AC PB 46-13 JG Heads Farms Unit A Lot 14 Blk 1 Lot Size Irregular or 12090-2477 03841 of

Miami-Dade County, Florida;

(7) 4630 SW 99 Avenue, 20 54 40 Tropical Ests. PB 50-98 LOT 4 Blk 20 Lot Size 76.980 X 125 OR 12878-1768 1285 1 of Miami-Dade County, Florida;

(8) 23680 SW Krome Avenue, 24 56 38 4 .76 AC M/L S1/2 OF N1/2 of N1/2 of SE1/4 of NE1/4 LESS E62.50 Ft for R/W Lot Size Irregular or 12383-1458 0185 5 of Miami-Dade County, Florida;

(9) 330 Ridgewood Road, Tropical Isle Homes Sub 4TH Addn PB 53-39 Lot 9 Blk 24 Lot Size 76.090X100 or 11664-783 0183 1 of Miami-Dade County, Florida;

(10) 3451 SW 143 Place, P.I. Estates PB 138-1 Lot 2 Blk 2 Lot Size 7500 Sq Ft.- 001-0760 Thru 0870 or 16012-4805 0893 1 of Miami-Dade County, Florida;

(11) **2670 SW 77 Court,** 15 54 40 Coral Way Homesites PB 46-21 Lot 13 Blk 15 Lot Size 90.000 X 135 or 13082-0965 1086 3 of Miami-Dade County, Florida;

(12) 199 Ocean Lane Drive 303, Commodore Club South Condo 303-3rd Floor Undiv.360% Int. In Common Elements, Clerks file 75R14326 OR 20309-0107 0402 2 of Miami-Dade County, Florida;

(13) 199 Ocean Lane Drive 305, Commodore Club South Condo 305-3rd Floor Undiv.518% Int. In Common Elements, Clerks File 75R14326 OR 20309-0107 0402 2 of Miami-Dade County, Florida;

(14) 11780 SW 32 Terrace, Southern Estates 14TH Addn PB 85-46 Lot 16 Blk 74 Lot Size 75 X 100 or 20227-3499 02/2002 1 of Miami-Dade County, Florida;

(15) 2555 Collins Avenue 2309, Club Atlantis Condo Unit 2309 Undiv

27

.324% Int. In Common Elements Off. Rec. 11607-1991 or 18305-2444 0998 1 of Miami-Dade County, Florida;

(16) 2555 Collins Avenue 1809, Club Atlantis Condo Unit 1809 Undiv .324% Int. In Common Elements Off. Rec. 11607-1991 or 17339-3476 0896 4 of Miami-Dade County, Florida;

(17) 21150 Point Pl 1001, Atlantic II at the Point Condo Unit 1001 Undiv 0.6385% Int. In Common Elements Off. Rec. 17345-0162 or 17535-2372 0297 1 of Miami-Dade County, Florida;

(18) 10325 SW 87 Court, Galloway Glen PB 108-54 Lot 32 Blk 1 Lot Size .690 AC or 16082-5586 1093 1;

(19) 13706 SW 56 Street, West Miller Square PB 113-12 TR G Lot Size 22651 Sq. Ft. or 17387-1659-60 1096 5 of Miami-Dade County, Florida;

(20) 355 Arvida Parkway, 5 55 41 Gables Ests. No. 3 PB 65-66 Lot 14 Blk C Lot Size Site Value or 19056-2454 04 2000 1 of Miami-Dade County, Florida;

(21) 1360-66 West 42 Street, Delgado Sub PB 114-28 Lot 3 Blk 1 Lot Size 75.05 X 100.00 or 20039-2427 1101 5 of Miami-Dade County, Florida;

(22) 1420 Biscaya Drive, Normandy Beach 2ND AMD PB 41-6 & REV SWLY 26 Ft. of Lot 4 Blk 26 & All of Lot 5 & NELY 16ft. of Lot 6 SIZE 92.000 X 200 or 13096-1841 1186 1 of Miami-Dade County, Florida;

(23) 9455 Collins Avenue 401, The Waves Condo Unit 401 Undiv. 0.80252% Int. In Common Elements Off. Rec. 15249-895 OR 19214-2867 0700 1 of Miami-Dade County, Florida;

28

(24) 4779 Collins Avenue 3708, Blue Diamond Condo Unit 3708 Undiv. 0.002954 Int. In Common Elements Off. Rec. 19083-2283 OR 19032-1408 09 2000 1 of Miami-Dade County, Florida;

(25) 230 Bal Bay Drive, PB 44-98 Bal Harbour Residential Sec. Lot 8 Blk 12 and Prop Int In & To Common elements Not Dedicated to Public Lot Size 93.920 X 204 of Miami-Dade County, Florida;

(26) 301 W 32 Street, Hialeah 12TH Add PB 8-127 Lots 16 & 17 Blk 188 & S6ft of Alley LGY N & Adj Closed Per R-94-104 Lot Size 75.000 X 138 or 18207-2293 0798 4 of Miami-Dade County, Florida;

(27) 469-71 E 13 Street, 8TH Addn to Hialeah PB 9-11 Lots 19 Blk 4-E Lot Size 40.000 X 129 or 18127-1691 0598 4 of Miami-Dade County, Florida;

(28) 479 E 13 Street, 8TH Addn to Hialeah PB 9-11 Lot 20 Blk 4-E Lot Size 40.000 X 129 or 18197-4306 0698 4 of Miami-Dade County, Florida;

(29) 15301 Durnford Drive, Miami Lakes Eagle Nest Sec. PT 1 PB 106-14 Lot 4 Blk 1 Lot Size 75 X 115 or 10445-1869 0679 1 F/A/U 30-2024-022-0040 of Miami-Dade County, Florida;

(30) Number 12 on 75TH Street, In the Township of North Bergen, In the County of Hudson, New Jersey, Lot 17 Blk 312 Census Tract 014200;

(31) 1420 Biscaya Drive, Single Family Home, Yoram Izhak, Normandy Beach AMB PB 41-6, Rev. SWLY 26 Ft. of Lot 4 Blk 26 and All of Lot 5 and NELY 16 Ft of Lot 6 Size 92.000 X 200 or 13096-1841, 1186 1 of Miami-Dade County, Florida;

29

(32) 9975 Southwest 31st Terrace, Norberto Fernandez, Cicey Ests Sec 2 PB 105-45 Lot 9 Blk 1 Lot Size 83 X 174 OR 9685 523 of Miami-Dade County, Florida;

(33) 3655 Northwest 3rd Street, One Stop Properties, 12th Street, Manors PB 5-59 Lots 7 and 8 Blk 16 or 15133-2833 0791-1 of Miami-Dade County, Florida;

(34) 1161-71 Flagler Street, One Stop Properties, Lawrence Estate Land COS SUB PB 2-46 Lots 10 Thru 13 Less W7.5 FT and Less S 10 Ft of Lot 13 For R/W Blk14 Lot Size 26941 Sq ft of Miami-Dade County, Florida; and

(35) Vacant Land, One Stop Properties, Lawrence Estate Land COS SUB PB 2-46 E 50 Ft lots 8 and 9 Blk 14 Lot Size 50.000 X 100 or 14872-2524, 0191 5 of Miami-Dade County, Florida.

(36) 11000 N.W. 92nd Terrace, Warehouse or Storage, TCC De Revocable Business Trust, Beacon Station 2nd Addn PB 156-39 T-20546, Lot 4, Blk 2 Lot Size 618506 Sq ft M/L FAU 30-3006-000-0011 or 20552-0777 0702 5.

u.  Miscellaneous Properties including:

(1) Recorded at Off Rec Bk 18979 Pg 650 of Miami-Dade County, Florida as between Enrique Bello and Hilda Bello and Maria Josefa Battle, all payments due under balloon purchase money mortgage;

(2) Recorded at Off Rec Bk 20212 Pg 3846 of Miami-Dade County, Florida as between Jesse John Cruz and Maria J. Battle and Jose Rodriguez Battle, all payments due under the balloon mortgage;

(3) Life Insurance Policy # 44 245 094, Equitable Life, Orestes Vidan, 10325 S.W. 87 Ct, Miami, Florida;

(4) Real Estate Loan Account # 1890058638, 10325 SW 87 Court, Single Family Home, Orestes Vidan, Union Planters;

(5) Real Estate Loan Account # 2199833898, Condo 2555 Collins Avenue #1809, Orestes Vidan, Bank of America;

(6) **Real Estate Loan, Account** # 6901890058, Condo 2555 Collins Avenue #2309, **Orestes Vidan, Union Planters**;

(7) Real Estate Loan Account # 2199825152, 390 West 11 Street, Single Family Home, Orestes Vidan, Bank of America;

(8) Real Estate Loan Account # 2199833858, 481 West 39 PL, Single Family Home, Orestes Vidan, Bank of America;

(9) Account #1809700010401299, Installment Debt, Orestes Vidan, Union Bank;

(10) 9401 NW 2 Place, Single Family Home, Vivian Rydz, Fee #707 Intracoastal Yacht Club;

(11) Mortgage Account # 1560037107570, Thomas Cabrerizo, Washington Mutual;

(12) Mortgage Account # 60609755386, Jose Battle, Ocean Bank;

(13) Mortgage Account # 1560080114861, Yoram Izhak, Washington Mutual;

(14) Mortgage Account # 1689046606, Yoram Izhak, Chase Manhattan; and

(15) Mortgage Account # 10137571786, Yoram Izhak, Ocean Bank.

3. If the property described above as being subject to forfeiture, as a result of any act or

omission of the defendants:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with a third party;

    (3)    has been placed beyond the jurisdiction of the Court;

    (4)    has been substantially diminished in value; or

    (5)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property;

All pursuant to Title 28, United States Code, Section 2461; Title 18, United States Code, Section 981(a)(1)(C); Title 18, United States Code, Section 1955(d); and Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
for MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
JUAN A. GONZÁLEZ
ASSISTANT UNITED STATES ATTORNEY

_____
JOHN ROBERT BLAKEY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

04-20159 CR - GOLD

Defendant's Name: **JOSE MIGUEL BATTLE, SR.**
a/k/a "Jose Miguel Battle-Vargas," a/k/a "Jose M. Battle,"
a/k/a "Jose M. Batlle," a/k/a "Alfredo Walled, and " a/k/a "Alfred Walled."

Case No: _____

Count #: 1        Racketeering Conspiracy

                  Title 18, United States Code, Section 1962(d)

* Max.Penalty:    Twenty Years Imprisonment

Count #:          Illegal Gambling

                  Title 18, United States Code, Section 1955

* Max.Penalty:    Five Years Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET  04 - 20159 CR - GOLD

Defendant's Name: **MANUEL ISAAC MARQUEZ, SR.,**
a/k/a "Manuel Isaac Marquez-Lopez," a/k/a "Manuel I. Marquez,"
a/k/a "Manuel Marquez, Jr., a/k/a "Nene," and a/k/a "Chato,"

Case No: _____

Count #: 1          Racketeering Conspiracy

                    Title 18, United States Code, Section 1962(d)

\* Max. Penalty:    Twenty Years Imprisonment

Count #:            Illegal Gambling

                    Title 18, United States Code, Section 1955

\* Max. Penalty:    Five Years Imprisonment

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name: LUIS DeVILLIERS, SR.

Case No: 04-20159-CR-GOLD

Count #: 1      Racketeering Conspiracy

                Title 18, United States Code, Section 1962(d)

*Max. Penalty: Twenty Years Imprisonment

Count #:        Illegal Gambling

                Title 18, United States Code, Section 1955

*Max. Penalty: Five Years Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

Case 1:04-cr-20159-RCH Document 3-3 Entered on FLSD Docket 03/18/2004 Page 16 of 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

04-20159 CR - GOLD

**Defendant's Name:** JOSE MIGUEL BATTLE, JR., a/k/a "Jose R. Battle," a/k/a "jose Miguel Battle Rodriguez," a/k/a "Jose Rodriguez Battle," a/k/a "Jose Rodriguez Batlle," a/k/a "Mike Battle," a/k/a "Mike Jr.," and a/k/a "Miguelito."

Case No: _____

Count #: 1   Racketeering Conspiracy

Title 18, United States Code, Section 1962(d)

\* Max.Penalty:   Twenty Years Imprisonment

Count #:   Illegal Gambling

Title 18, United States Code, Section 1955

\* Max.Penalty:   Five Years Imprisonment

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET 04 - 20159 CR - GOLD

Defendant's Name: **ABRAHAM RYDZ, a/k/a "Abraham Rydz Neiman," a/k/a "Alberto Rydz," and "a/k/a "El Polaco."**

Case No: _____

Count #: 1          Racketeering Conspiracy

                    Title 18, United States Code, Section 1962(d)

* Max.Penalty:      Twenty Years Imprisonment

Count #:            Illegal Gambling

                    Title 18, United States Code, Section 1955

* Max.Penalty:      Five Years Imprisonment

Count #:            _____

                    _____

*Max. Penalty:      _____

Count #:            _____

                    _____

*Max. Penalty:      _____

Count #:            _____

                    _____

*Max. Penalty:      _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: JULIO ACUNA, a/k/a "Chino"

Case No: 04-20159CR-GOLD

Count #: 1      Racketeering Conspiracy

Title 18, United States Code, Section 1962(d)

* Max. Penalty:   Twenty Years Imprisonment

Count #:        Illegal Gambling

Title 18, United States Code, Section 1955

* Max. Penalty:   Five Years Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

04-20159 CR-GOLD

Defendant's Name: **ORESTES VIDAN**

Case No: _____

Count #: 1     Racketeering Conspiracy

Title 18, United States Code, Section 1962(d)

*Max.Penalty: Twenty Years Imprisonment

Count #:     Illegal Gambling

Title 18, United States Code, Section 1955

*Max.Penalty: Five Years Imprisonment

Count #: 

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: <u>GUSTAVO BATTLE</u>

Case No: 04-20159 CR - GOLD

Count #: 1     <u>Racketeering Conspiracy</u>

             <u>Title 18, United States Code, Section 1962(d)</u>

* Max.Penalty:    <u>Twenty Years Imprisonment</u>

Count #:     <u>Illegal Gambling</u>

             <u>Title 18, United States Code, Section 1955</u>

* Max.Penalty:    <u>Five Years Imprisonment</u>

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96