# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET  04 - 20 159  CR - GOLD

Defendant's Name: <u>GUMERSINDO GONZALEZ, "a/k/a "Gumbersindo Gonzalez"</u>

Case No:_____

Count #: 1          <u>Racketeering Conspiracy</u>

                    <u>Title 18, United States Code, Section 1962(d)</u>

* Max.Penalty:      <u>Twenty Years Imprisonment</u>

Count #:            <u>Illegal Gambling</u>

                    <u>Title 18, United States Code, Section 1955</u>

* Max.Penalty:      Five Years Imprisonment

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

Defendant's Name: <u>LUIS PEREZ</u>    **04 - 20159** CR - GOLD

Case No: _____

Count #: 1          <u>Racketeering Conspiracy</u>

                         <u>Title 18, United States Code, Section 1962(d)</u>

* Max.Penalty:    <u>Twenty Years Imprisonment</u>

Count #:            <u>Illegal Gambling</u>

                         <u>Title 18, United States Code, Section 1955</u>

* Max.Penalty:    Five Years Imprisonment

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET 04-20159 CR - GOLD

Defendant's Name: ▐▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Case No:_____

Count #: 1          Racketeering Conspiracy

Title 18, United States Code, Section 1962(d)

* Max.Penalty:     Twenty Years Imprisonment

Count #:            Illegal Gambling

Title 18, United States Code, Section 1955

* Max.Penalty:     Five Years Imprisonment

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines,**
**restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

Defendant's Name: <u>LUIS DeVILLIERS,</u> 04 - 20159 CR - GOLD

Case No: _____

Count #: 1        <u>Racketeering Conspiracy</u>

                  <u>Title 18, United States Code, Section 1962(d)</u>

* Max.Penalty:    <u>Twenty Years Imprisonment</u>

Count #:         <u>Illegal Gambling</u>

                  <u>Title 18, United States Code, Section 1955</u>

* Max.Penalty:    Five Years Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines,**
**restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**04 - 20159** CR - GOLD

Defendant's Name: **MAURILIO FRANCISCO MARQUEZ**

Case No:_____

| | |
|---|---|
| Count #: 1 | Racketeering Conspiracy |
| | Title 18, United States Code, Section 1962(d) |
| * Max.Penalty: | Twenty Years Imprisonment |
| Count #: | Illegal Gambling |
| | Title 18, United States Code, Section 1955 |
| * Max.Penalty: | Five Years Imprisonment |

Count #:

_____

_____

*Max. Penalty:

_____

Count #:

_____

_____

*Max. Penalty:

_____

Count #:

_____

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: ANDRES DeVILLERS

Case No:_____  04 - 20159  CR - GOLD

Count #: 1          Racketeering Conspiracy

                    Title 18, United States Code, Section 1962(d)

* Max.Penalty:      Twenty Years Imprisonment

Count #:            Illegal Gambling

                    Title 18, United States Code, Section 1955

* Max.Penalty:      Five Years Imprisonment

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET   **04 - 20159** CR - GOLD

**Defendant's Name:** **JORGE DAVILA, "a/k/a "Jorge DaVilla," a/k/a "George DaVila," and a/k/a "Tony Davila."**

**Case No:** _____

**Count #: 1**   Racketeering Conspiracy

Title 18, United States Code, Section 1962(d)

**\* Max.Penalty:**   Twenty Years Imprisonment

**Count #:**   Illegal Gambling

Title 18, United States Code, Section 1955

**\* Max.Penalty:**   Five Years Imprisonment

**Count #:**

**\*Max. Penalty:**

**Count #:**

**\*Max. Penalty:**

**Count #:**

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **VIVIAN RYDZ, a/k/a "Vivian Rydz-Diaz"**

Case No:_____ **04 - 20159** CR - GOLD

Count #: 1          Racketeering Conspiracy

                    Title 18, United States Code, Section 1962(d)

* Max.Penalty:      Twenty Years Imprisonment

Count #:            Illegal Gambling

                    Title 18, United States Code, Section 1955

* Max.Penalty:      Five Years Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **JOSE ALUART, a/k/a "Five-to-Six"**

**Case No:** **04-20159** CR - GOLD

**Count #: 1**   Racketeering Conspiracy

Title 18, United States Code, Section 1962(d)

**\* Max. Penalty:**   Twenty Years Imprisonment

**Count #:**   Illegal Gambling

Title 18, United States Code, Section 1955

**\* Max. Penalty:**   Five Years Imprisonment

**Count #:**

**\*Max. Penalty:**

**Count #:**

**\*Max. Penalty:**

**Count #:**

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **JORGE NUNEZ**

Case No: _____ 04 - 20159 CR - GOLD

Count #: 1          Racketeering Conspiracy

                    Title 18, United States Code, Section 1962(d)

* Max.Penalty:      Twenty Years Imprisonment

Count #:            Illegal Gambling

                    Title 18, United States Code, Section 1955

* Max.Penalty:      Five Years Imprisonment

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **NORBERTO FERNANDEZ**

Case No:_____ **04 - 20159** CR - GOLD

Count #: 1          Racketeering Conspiracy

Title 18, United States Code, Section 1962(d)

\* Max.Penalty:          Twenty Years Imprisonment

Count #:          Illegal Gambling

Title 18, United States Code, Section 1955

\* Max.Penalty:     Five Years Imprisonment

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **ARGELIO JIMENEZ a/k/a "Cacho"**   04-20159 CR-GOLD

Case No:_____

Count #: 1          Racketeering Conspiracy

Title 18, United States Code, Section 1962(d)

* Max.Penalty:    Twenty Years Imprisonment

Count #:          Illegal Gambling

Title 18, United States Code, Section 1955

* Max.Penalty:    Five Years Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __MORDEHAY TAKO__ 04 - 20159 CR - GOLD

Case No:_____

Count #: 1       Racketeering Conspiracy

               Title 18, United States Code, Section 1962(d)

* Max.Penalty:    Twenty Years Imprisonment

Count #:         Illegal Gambling

               Title 18, United States Code, Section 1955

* Max.Penalty:    Five Years Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET  04-20159 CR - GOLD

Defendant's Name: __YORAM IZHAK, a/k/a "Yoram Ithak," a/k/a Yoram Izhaz," a/k/a__
__"Yoram Ithac," and a/k/a "Izhak Yoram."__

Case No:_____

Count #: 1          Racketeering Conspiracy

                    Title 18, United States Code, Section 1962(d)

* Max.Penalty:      Twenty Years Imprisonment

Count #:             Illegal Gambling

                    Title 18, United States Code, Section 1955

* Max.Penalty:      Five Years Imprisonment

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

Count #:

_____

_____

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **TOMAS CABRERIZO**   02 - 20359 CR - GOLD

Case No:_____

Count #: 1          Racketeering Conspiracy

                    Title 18, United States Code, Section 1962(d)

* Max.Penalty:      Twenty Years Imprisonment

Count #:            Illegal Gambling

                    Title 18, United States Code, Section 1955

* Max.Penalty:      Five Years Imprisonment

Count #:

_____

*Max. Penalty:

_____

Count #:

_____

_____

*Max. Penalty:

_____

Count #:

_____

_____

*Max. Penalty:

_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **EVELYN MARIBEL RUNCIMAN**

04 - 20159 CR - GOLD

Case No:_____

Count #: 1        Racketeering Conspiracy

                  Title 18, United States Code, Section 1962(d)

* Max.Penalty:    Twenty Years Imprisonment

Count #:          Illegal Gambling

                  Title 18, United States Code, Section 1955

* Max.Penalty:    Five Years Imprisonment

Count #:

_____

*Max. Penalty:

_____

Count #:

_____

*Max. Penalty:

_____

Count #:

_____

*Max. Penalty:

_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET 04-20159 CR - GOLD

**Defendant's Name:** __VALERIO CERRON, a/k/a "Valerio Cerron Calixto"__

**Case No:** _____

Count #: 1      __Racketeering Conspiracy__

                       __Title 18, United States Code, Section 1962(d)__

\* Max.Penalty:      __Twenty Years Imprisonment__

Count #:      __Illegal Gambling__

                       __Title 18, United States Code, Section 1955__

\* Max.Penalty:      Five Years Imprisonment

Count #:

_____

\*Max. Penalty:

Count #:

_____

\*Max. Penalty:

Count #:

_____

\*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JOSE MIGUEL BATTLE, SR., ET AL.,

Defendants.

CASE NO. 04 - 20159 CR - GOLD

CERTIFICATE OF TRIAL ATTORNEY MAGISTRATE JUDGE
SIMONTON

Superseding Case Information:

**Court Division:** (Select One)

XXX  Miami _____ Key West _____
_____ FTL _____ WPB _____ FTP

New Defendant(s)          Yes _____  No _____
Number of New Defendants
Total number of counts          _____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:   (Yes or No)   YES
    List language and/or dialect   SPANISH

4.  This case will take   10   months for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                                      (Check only one)

    I    0 to 5 days      _____        Petty    _____
    II   6 to 10 days     _____        Minor    _____
    III  11 to 20 days    _____        Misdem.  _____
    IV   21 to 60 days    _____        Felony   XXX
    V    61 days and over  XXX

6.  Has this case been previously filed in this District Court? (Yes or No)   NO
    If yes:
    Judge: _____   Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?   (Yes or No)   NO
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____   District of _____

    Is this a potential death penalty case? (Yes or No)   NO

7.  Does this case originate from a matter pending in the U.S. Attorney's Office prior to
    April 1, 2003?   XXX   Yes   _____   No

8.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to
    April 1, 1999?   XXX   Yes   _____   No
    If yes, was it pending in the Central Region?   XXX   Yes   _____   No

9.  Does this case originate from a matter pending in the Northern Region of the U S Attorney's Office prior
    to October 14, 2003?   _____   Yes   XXX   No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to
    May 18, 2003?   XXX   Yes   _____   No

_____
JUAN A. GONZALEZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No 897388

*Penalty Sheet(s) attached                                           REV 1/14/04

FORM DBD 34
JUN 85

No. 0 4 - 2 0 1 5 9 CR - GOLD

# UNITED STATES DISTRICT COURT

--- SOUTHERN --- District of ...... FLORIDA ---

----- MIAMI ----- Division

## THE UNITED STATES OF AMERICA

vs

JOSE MIGUEL BATTLE, SR., et al.

Defendants.

# INDICTMENT

18 U.S.C. § 1962(d)
18 U.S.C. § 1955

A true bill.

_____ Foreman

Filed in open court this _____

of _____ A.D. 2004

_____ Clerk

Bail $ _____

FGJ 03-03 (MIA)

Indictment No. 1   §04-3-MCAJ-0018

MAGISTRATE JUDGE
SIMONTON