AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA | FILED by ____ D.C. MAG. SEC. | WARRANT FOR ARREST |
|---|---|---|
| V. | MAR 16 2004 | |
| JOSE MIGUEL BATTLE, SR., ET AL. | CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI | Case Number: 04-20159 CR - GOLD MAGISTRATE JUDGE SIMONTON |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   TOMAS CABRERIZO
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

racketeering conspiracy and illegal gambling

in violation of Title ___18___ United States Code, Section(s) _1962(d) and_ 1955

Clarence Maddox                                         Court Administrator/Clerk of Court
Name of Issuing Officer                                  Title of Issuing Officer

_Maedon Clark_                                           March 16, 2004, Miami, Florida
Signature of Issuing Officer                             Date and Location

Bail fixed at $ _____                 by _____
                                                                 Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: **TOMAS CABRERIZO**

$10,000,000 CORPORATE SURETY

(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
JUAN A. GONZALEZ
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: 355 ARVIDA PARK WAY, CORAL GABLES, FL 33156

What Facility: _____

Agent(s): David Shanks, Miami-Dade Police Department
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (**OTHER**)