UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20159-CR-GOLD

UNITED STATES OF AMERICA

v.

JOSE MIGUEL BATTLE, SR.,
  a/k/a "Jose Miguel Battle-Vargas,"
  a/k/a "Jose M. Battle,"
  a/k/a "Jose M. Batlle,"
  a/k/a "Alfredo Walled,"
  a/k/a "Alfred Walled,"
MANUEL ISAAC MARQUEZ, SR.,
  a/k/a "Manuel Isaac Marquez-Lopez,"
  a/k/a "Manuel I. Marquez,"
  a/k/a "Manuel Marquez, Jr.,"
  a/k/a "Nene,"
  a/k/a "Chato,"
LUIS DeVILLIERS, SR.,
JOSE MIGUEL BATTLE, JR.,
  a/k/a "Jose R. Battle,"
  a/k/a "Jose Miguel Battle Rodriguez,"
  a/k/a "Jose Rodriguez Battle,"
  a/k/a "Jose Rodriguez Batlle,"
  a/k/a "Mike Battle,"
  a/k/a "Mike Jr.,"
  a/k/a "Miguelito,"
ABRAHAM RYDZ,
  a/k/a "Abraham Rydz Neiman,"
  a/k/a "Alberto Rydz,"
  a/k/a "El Polaco,"
JULIO ACUNA,
  a/k/a "Chino,"
ORESTES VIDAN,
GUSTAVO BATTLE,
GUMERSINDO GONZALEZ,
  a/k/a "Gumbersindo Gonzalez,"
LUIS PEREZ,
[REDACTED]
LUIS DeVILLIERS, JR.,

MAURILIO FRANCISCO MARQUEZ,
ANDRES DeVILLIERS,
JORGE DAVILA,
  a/k/a "Jorge DaVilla,"
  a/k/a "George DaVila,"
  a/k/a "Tony Davila,"
VIVIAN RYDZ,
a/k/a "Vivian Rydz-Diaz,"
JOSE ALUART,
  a/k/a "Five-to-Six,"
JORGE NUNEZ,
NORBERTO FERNANDEZ,
ARGELIO JIMENEZ,
  a/k/a "Cache,"
MORDEHAY TAKO,
YORAM IZHAK,
  a/k/a "Yoram Ithak,"
  a/k/a "Yoram Izhaz,"
  a/k/a "Yoram Ithac,"
  a/k/a "Izhak Yoram,"
TOMAS CABRERIZO,
EVELYN MARIBEL RUNCIMAN,
and
VALERIO CERRON,
  a/k/a "Valerio Cerron Calixto,"

      Defendants.
_____/

## NOTICE OF LIS PENDENS RE: FORFEITURE

**Grantees:** ████████████████

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER ANY OF THE DEFENDANTS AND/OR GRANTEES any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on March 16, 2004, an INDICTMENT was returned by a Grand Jury sitting in the Southern District of Florida, Miami Division, charging the above defendants, and others known and unknown to the Grand Jury, with violations of 18

Case 1:04-cr-20159-ASG   Document 134-1   Entered on FLSD Docket 03/25/2004   Page 3 of 3

U.S.C. §§ 1955, 371 and 2, and most particularly charging in the FORFEITURE Count filed in support thereof that all that lot or parcel of land, together with its building, improvements, fixtures, attachments and easements located at 479 E. 13th Street, Hialeah, Florida 33010 and more particularly described below, may be forfeit to the United States of America under the provisions of 18 U.S.C. §1955(d) and/or 18 U.S.C. 981(a)(1)(C):

> 8TH ADDN TO HIALEAH PB 9-11 LOTS 20 BLK 4-E LOT SIZE 40.000 X 129 OR 18197-4306 0698 4 OF MIAMI-DADE COUNTY, FLORIDA

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k), made applicable to the underlying proceedings by virtue of 28 U.S.C. §2461, 18 U.S.C. §§981(a)(1)(C) and 1955(d), prohibit any claimant to the described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subsequent to the indictment, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of any order of forfeiture.

> Respectfully submitted,
>
> MARCOS DANIEL JIMENEZ
> UNITED STATES ATTORNEY

This instrument was prepared by:            *Alison W Lehr*

ALISON W. LEHR (contact information below)
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 444537
99 N.E. 4th Street - 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9176
Fax: (305) 536-7599
Alison.Lehr@usdoj.gov