

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 04-20159-CR-GOLD/SIMONTON

UNITED STATES OF AMERICA,

vs.

TOMAS CABRERIZO,

        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : BOND

Language: English

The above-named Defendant appeared before **Magistrate Judge PATRICK A. WHITE**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address:

 

Tel. No:

Defense Counsel:  Name: Jeffrey S. Weiner, Esq
                Address: Two Datran #1910
                          Miami, Fl 33156
                Tel. No: 305-670-9919

Bond Set/Continued:    $2,000,000 10%

Dated this 5TH day of APRIL, 2004.

                CLARENCE MADDOX, CLERK OF COURT
                    ELIZABETH RODRIGUEZ
                    Deputy Clerk

c:CRD

                          TAPE NO. 04B- 11
                          DIGITAL START NO. 2518

