UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20159-CR-GOLD

UNITED STATES OF AMERICA

v.

JOSE MIGUEL BATTLE, SR.,
et al.,

       Defendants.
_____/



### FOURTH BILL OF PARTICULARS AS TO FORFEITURE

    The United States of America, by this Fourth Bill of Particulars for Forfeiture of Property, hereby gives additional notice of certain property to be forfeited in this matter.

    The forfeiture allegation of the indictment seeks forfeiture of property pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(C) and through utilization of the procedures outlined at Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853. The United States hereby gives notice that, in addition to other property specifically and generally identified in the forfeiture allegations of the Indictment, as well as property specifically and identified in the Bill of Particulars filed on or about March 17, 2004, and in the Second Bill of Particulars filed on or about March 19, 2004, and in the Third Bill of Particulars filed on or about March 22, 2004, the United States seeks forfeiture of the following property upon conviction of the defendants for violation of Title

18, United States Code, Sections 1955 and 2:

    (1)    Items seized on or about March 19, 2004 from 11000 NW 92nd Terrace, Miami, Florida
- (a) coins
- (b) assorted jewelry (loose stones)
- (c) currency in the approximate amount of $24,202

    (2)    Items seized on or about March 18, 2004 from 2891 SW 128th Avenue, Miami, Florida
- (a) currency in the approximate amount of $17,201

    (3)    Items seized on or about March 18, 2004 from 330 Ridgewood Drive, Key Biscayne, Florida
- (a) currency in the approximate amount of $10,802

    (4)    Items seized on or about March 18, 2004 from 6767 Collins Avenue, #1909, Miami Beach, Florida
- (a) assorted jewelry (loose stones)
- (b) coins

    (5)    Items seized on or about March 18, 2004 from 4519 SW 75th Avenue, Miami, Florida
- (a) currency in the approximate amount of $3,876

    (6)    Items seized on or about March 22, 2004 from safe deposit boxes #673 and #88 located at Suntrust Westland Office (1740 W 49th Place, Hialeah, FL)
- (a) currency in the approximate amount of $40,000 (Box #673)
- (b) assorted jewelry (Box #88)

    (7)    Items seized on or about March 23, 2004 from safe deposit box #1127 located at Suntrust Key Biscayne Branch (520 Crandon Blvd., Key Biscayne, FL)
- (a) coins
- (b) assorted jewelry

    (8)    Items seized on or about March 22, 2004 from safe deposit box #001622033818 located at Bank of America (8585 Coral Way, Miami, FL)
- (a) currency in the approximate amount of $58,440

    (9)    Items seized on or about March 22, 2004 from safe deposit box #001622003697 located at Bank of America (8585 Coral Way, Miami, FL)
- (a) currency in the approximate amount of $140,000
- (b) assorted jewelry (loose stones)
- (c) coins

    (10)    Items seized on or about March 23, 2004 from safe deposit box #613 located

at Suntrust Key Biscayne Branch (520 Crandon Blvd., Key Biscayne, FL)
(a)  coins
(b)  assorted jewelry

        Respectfully submitted,

        MARCOS DANIEL JIMENEZ
        UNITED STATES ATTORNEY

By: _____
ALISON W. LEHR
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 444537
99 N.E. 4th Street - 7th Floor
Miami, Florida  33132
Telephone: (305) 961-9176
Fax: (305) 536-7599
Alison.Lehr@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent via U.S. Mail this 11th day of May 2004, to the counsel of record listed below. Please note that currently no defense counsel have filed an appearance as to the Defendants Manuel Isaac Marquez, Sr. (Extradition pending) and Luis Perez (Writ Ad Pros pending).

_____
ALISON W. LEHR
ASSISTANT UNITED STATES ATTORNEY

Jack R. Blumenfeld, Esquire
**Attorney for Def. Jose Miguel Battle, Sr.**
9130 S. Dadeland Boulevard
Suite 1200
Miami, FL 33156

John Thornton, Esquire
**Attorney for Def. Jose Miguel Battle, Jr.**
(Temp Appearance)
Suite 2690 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131

John Francis O'Donnell, Esquire
**Attorney for Def. Julio Acuna**
2648 N.E. 26th Place
Ft. Lauderdale, FL 33306

Ruben Garcia, Esquire
**Attorney for Def. Gustavo Battle**
1209 S.E. 3rd Avenue
Ft. Lauderdale, FL 33316

Richard J. Diaz, Esquire
(Temp Appearance)

3127 Ponce De Leon Blvd.
Coral Gables, FL 33134

Joaquin Fernandez, Esquire
**Attorney for Def. Luis Devilliers, Sr.**
12405 S.W. 56 Street
Miami, FL 33125

Paul Petruzzi, Esquire
**Attorney for Def. Abraham Rydz**
(Temp Appearance)
100 N. Biscayne Boulevard
Suite 1100
Miami, FL 33132

Ramon De La Cabada, Esquire
**Attorney for Def. Orestes Vidan**
3191 Coral Way
Suite 115
Miami, FL 33145

Oscar Rodriguez, Esquire
**Attorney for Def. Gumersindo Gonzalez**
4500 Le Jeune Road
Coral Gables, FL 33146

Frank A. Rubino, Esquire
**Attorney for Def. Luis DeVilliers, Jr.**
2601 South Bayshore Drive
Suite 1400
Coconut Grove, FL 33133

Curt Obront, Esquire
**Attorney for Def.**
**Maurilio Francisco Marquez**
2940 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33331-2336

Mauricio Lopez Aldazabal, Esquire
**Attorney for Def. Jorge Davila**
(Temp Appearance)
2655 LeJeune Road
Suite 101
Coral Gables, FL 33134

Richard Docobo, Esquire
**Attorney for Def. Jose Aluart**
Brickell Bayview Centre
80 S.W. 8th Street
Suite 2803
Miami, FL 33130

Jose Rafael Rodriguez, Esquire
**Attorney for Def. Norberto Fernandez**
6367 Bird Road
Miami, FL 33155

Samuel J. Rabin, Esquire
**Attorney for Def. Mordehay Tako**
799 Brickell Plaza
Suite 606
Miami, FL 33131

Jose Rafael Esteban Batista
**Attorney for Def. Andres DeVilliers**
7171 Coral Way
Suite 400
Miami, FL 33155

Efren T. Irizarry-Colon
**Attorney for Def. Andres DeVilliers**
P.O. Box 1844
Arecibo, PR 00613

Emmanuel Perez, Esquire
**Attorney for Def. Vivian Rydz**
2 Alhambra Plaza
Suite 508
Coral Gables, FL 33140

Krista Halla, AFPD
**Attorney for Def. Jorge Nunez**
Federal Public Defender's Office
150 W. Flagler Street
Suite 1700
Miami, FL 33130

Reemberto Diaz, Esquire
**Attorney for Def. Argelio Jimenez**
2929 S.W. 3rd Avenue
Suite 410
Miami, FL 33129

Steven Elliot Chaykin, Esquire
**Attorney for Def. Yoram Izhak**
Zuckerman Spaeder Taylor & Evans
201 S. Biscayne Boulevard
Suite 900
Miami, FL 33131

Jeffrey S. Weiner, Esquire
**Attorney for Def. Tomas Cabrerizo**
9130 S. Dadeland Boulevard
Suite 1910
Miami, FL 33156

Neal Russell Sonnett, Esquire
**Attorney for Def. Evelyn Runciman**
2 South Biscayne Boulevard
Suite 2600
Miami, FL 33131-1802

Kenneth Joseph Kukec, Esquire
**Attorney for Def. Valerio Cerron**
1 Biscayne Tower
2 South Biscayne Boulevard
Suite 2600
Miami, FL 33131-1802