

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*

THE UNITED STATES OF AMERICA,

                               Case No. 04-20159-Cr-GOLD

          Plaintiff,

    vs.                      **MIAMI,** *FLORIDA*
                              MARCH 25, 2004

JOSE MIGUEL BATTLE, SR., et al.,

          Defendants.

---

**TRANSCRIPT OF PRETRIAL DETENTION HEARING**
**BEFORE THE HONORABLE STEPHEN T. BROWN,**
**UNITED STATES MAGISTRATE JUDGE**

**APPEARANCES:**

**FOR THE GOVERNMENT:**

                    **BY: TONY GONZALEZ, A.U.S.A.**
                    **BY: JACK BLAKEY, A.U.S.A.**
                    8245 N.W. 53rd Street.
                    Suite 101
                    Miami, FL  33166

**FOR THE DEFENDANT:**

                    **JACK ROSS BLUMENFELD, ESQ.**
                    9130 S. Dadeland Blvd, Suite 1200
                    Miami, FL  33156

**(Proceedings interpreted for the defendant by an official court interpreter)**

**REPORTED BY:**          **JERALD M. MEYERS, RPR-CM**
                    Miami, FL  33128-7797 - 305/374-81

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**

```
 1   (Call to order of the court)

 2           THE CLERK:  All rise.  The Honorable Magistrate

 3   Judge Stephen Brown presiding.

 4           THE COURT:  Please be seated.

 5           THE CLERK:  The United States of America versus

 6   Jose Miguel Battle, Sr., case number 04-20159-

 7   Criminal-Gold.

 8           THE COURT:  Counsel, state your appearances for

 9   the record, please.

10       MR. GONZALEZ:  Good morning, Your Honor.  Tony

11   Gonzalez and Jack Blakey, Assistant United States Attorneys

12   on behalf of the United States.

13       MR. BLUMENFELD:  Good morning, Your Honor.  Jack

14   Blumenfeld on behalf of the defendant.

15           THE COURT:  Okay.  Government, are you prepared

16   to proceed with a detention hearing?

17       MR. GONZALEZ:  Yes, Your Honor, we are.

18           THE COURT:  Risk of flight, danger or both?

19       MR. GONZALEZ:  Both, Your Honor.

20           THE COURT:  Mr. Blumenfeld, are you ready to

21   proceed?

22       MR. BLUMENFELD:  Yes, Your Honor.

23           THE COURT:  Okay.  Go ahead, Mr. Gonzalez.

24       MR. GONZALEZ:  Your Honor, this particular

25   defendant is the original founder and head of the criminal
```

1    organized crime organization known as the Corporation.

2            By 1964, he had already started this conspiracy

3    and this group of individual.  The conspiracy originally

4    started, the Corporation first started, the illegal

5    gambling started originally in New York and New Jersey with

6    illegal gambling spots.

7            Those illegal gambling spots quickly grew and

8    expanded and eventually branched out into the South Florida

9    area as well.  The success of the illegal gambling was due,

10   in large part, to thefts and intimidations, the use of

11   force, murders and fire bombings.

12           In fact, during the 1980's, there were at least

13   12 individuals or 12 fatalities as a result of these fire

14   bombings and arson of competing illegal gambling spots.

15           Along the lines of fatalities, the defendant has

16   also in the past ordered the homicides of individuals who

17   were either members of the Corporation that turned on him

18   or other individuals that were competing against the

19   Corporation.

20           And, in fact, one of the defendants priors is a

21   conviction of a murder conspiracy on a case where it was a

22   Corporation member that had turned on the Corporation.

23           The defendant has four priors involving flight.

24   Independent of that, he fled to South America.

25           When the Miami Dade Police Department first began

```
 1   to arrest members of the Corporation in a series of

 2   wiretaps that --

 3              THE COURT:  Wait a minute.  Four priors involving

 4   flight.  Do you want to be more specific?

 5              MR. GONZALEZ:  According to the Pretrial Services

 6   report, Your Honor, on 11-2 of 72 --

 7              THE COURT:  Yes.  Let's stop right there.

 8              MR. GONZALEZ:  Yes.

 9              THE COURT:  You know, your credibility is really

10   important in the courtroom.

11              Do you really think that prior failure to appear

12   in 1972, 30 plus years ago, is germane to a risk of flight

13   today?

14              MR. GONZALEZ:  Your Honor, it is a pattern.  You

15   have those.  You have others in 1977, and then you have

16   during the 1980's, when he fled to South America, the late

17   80's, early 90's when he fled to South America when other

18   members of the Corporation were being arrested here in

19   Miami as a result of a series of wiretaps.

20              THE COURT:  So you have evidence that he was

21   living in South America?

22              MR. GONZALEZ:  Yes, Your Honor.  And, in fact, if

23   you go to 1998, his passport conviction is as a result of

24   the false passports that he had that he used to flee to

25   South America and was eventually kicked out of South
```

*U.S.A. vs Jose Miguel Battle - 3/25/04*

1  America and returned to the United States and entered with

2  false passports.

3          So they are germane insofar as they show a

4  pattern of flight to avoid prosecution and obtaining false

5  travel documents.

6          THE COURT:  Okay.  Go ahead.

7          MR. GONZALEZ:  In addition, to that, there are

8  priors as well.  Some of them old.  Some of them as recent

9  as 1997 when he was already wheelchair-bound where he had

10  weapons in his possession.

11          THE COURT:  Now, that I find germane.

12          MR. GONZALEZ:  The Pretrial Service report

13  indicates that he has relatives that live in Spain.

14          Based on the information contained in the

15  Pretrial Services report concerning the pattern of flight,

16  as well as the pattern of violence in using firearms, the

17  murder conviction, as well as the allegations in this case,

18  Your Honor, we believe that he is both a risk of flight, a

19  danger to the community, and he should be pretrial

20  detained.

21          THE COURT:  Mr. Blumenfeld.

22          MR. BLUMENFELD:  Your Honor, I have some remarks,

23  also, judge, but let me say this:

24          As the Court may recall, I have represented

25  Mr. Battle since 1977 on that murder case.

1         I represented him in the middle 90's and I am

2    representing him now.  So I have more than a slight

3    knowledge about these circumstances.

4         Number 1, let me just respond briefly to what

5    counsel has proffered to the court.  This, obviously, is

6    not the place to try this case, but what he said was in

7    1964, 40 years ago, this Corporation was formed, and

8    everything he talked about was the '80's and 90's.

9         Mr. Battle, who supposedly, as they allege,

10   ordered homicides, has never been charged with anything but

11   the '77 homicide.

12        And, quite frankly, Your Honor, as the Court well

13   knows, the Statute of Limitations on first degree murder

14   does not exist, and he has not been arrested or indicted,

15   but we are talking about stuff that happened in the '80's.

16        He was indicted.  He was investigated.  They have

17   been investigating this, according to the police, since

18   1988.

19        Let me talk to the court about the '77 murder

20   charge.  He was acquitted of murder.  He was convicted of

21   conspiracy and solicitation.  I handled that case.

22        Those convictions were reversed by the Court of

23   Appeals; the Third District Court of Appeals.  When we went

24   back, they refiled the conspiracy count, and he pled guilty

25   to the conspiracy count as a plea of convenience because

1   what he received essentially was time served, because the

2   time he was sentenced to is the time that he had been in,

3   and he was already doing time for that federal charge, 27

4   years ago, Your Honor.

5           Now, with respect to the weapons charge in '97,

6   with respect to that case, both Mr. Gonzalez and I speak of

7   firsthand knowledge.  We both participated in that case.

8           The weapon there, judge, was an unloaded shotgun

9   propped up behind clothes in the master bedroom in the

10  house which was on about -- I forget how many acres of

11  property that was -- about 60 acres of property in the Red

12  Lands, and there were never any shells found in the entire

13  60 acres of that property, judge.  He was convicted of

14  that, and he went to prison for it.

15          With respect to the allegations, judge, I have

16  been through these allegations about Mr. Battle and his

17  dangerousness and the like before Judge Gold and before

18  Judge Gold and before Judge Moore on those charges from '97

19  because, judge, the government in those cases sought an

20  upward departure.

21          And as I recall, we had 2 to 3 days of hearings

22  before Judge Gold, after the firearms conviction, in which

23  the government sought an upward departure based on U.S.

24  Sentencing Guideline 4A1.3, stating that because of all of

25  the things, and more, or at least longer than it took

1   Mr. Gonzalez to make his allegations, they proffered to

2   Judge Gold that his criminal record understated his

3   dangerousness to the community.

4         Judge Gold, in a written order, rejected that.

5   Judge King, in a written order, rejected it.  And by the

6   time it got to Judge Moore on the most specious case, or

7   one of the most that I have run across, it was rejected and

8   he was given guideline sentencing all the way.

9         Well, all of this we have essentially litigated.

10  Judge Gold found, for instance, that the two witnesses that

11  the Assistant United States Attorney was in charge of that

12  case brought during sentencing were unworthy of belief.

13        So this has been going on for a long time, judge.

14  And to say that he continues to be a risk to the community,

15  for example, they allowed him to go back when he was

16  arrested at a Publix at his apartment where he was living.

17        There were no weapons found there.  There were no

18  weapons found in his vehicles.  So I think, judge, that the

19  question of his dangerousness to the community today is a

20  question that has been resolved 7 years ago, and he has

21  gotten worse since then.

22        Now, let me address the allegations, Your Honor,

23  concerning the flight risk.  My question, in writing some

24  notes to myself to argue to the court, is flight where?

25        Where is this man going?  Judge, I proffer to the

1    court he is 74 years old, I believe, and older physically

2    than that because of a number of ailments.  He is diabetic.

3              He has some type of bronchial problems.  Between

4    my Spanish and his English, when I talk to him, I don't

5    totally understand it.  I am not sure he does.

6              **THE COURT:**  Well, let me interrupt you for just a

7    moment.

8              **MR. BLUMENFELD:**  Yes.

9              **THE COURT:**  I want to make sure everybody knows

10   that I was faxed from FDC a list of the medications that

11   they apparently are giving him or medications he is taking.

12   I don't know if you all have seen it.

13             **MR. BLUMENFELD:**  No, Judge.

14             **THE COURT:**  I don't know if you all know about

15   it.  Certainly, this is no secret.  I got it.  Some of it

16   is significant.  Vitamin B Complex with C-Tab, that is not

17   real significant.

18             He is taking Diphenhydramine, which is a fancy

19   word for Benadryl.  That's not significant but, on the

20   other hand, some of the other medications are, but I think

21   we ought to make this available to both sides for whatever

22   good it will do you.

23             **MR. BLUMENFELD:**  These are the ones that they are

24   now giving him.  Judge, there are some that they are not

25   yet, I don't believe.

1          First of all, I know that, okay, they are giving

2   him Doxazosin to reduce an enlarged prostate.  They are

3   giving him hypertension medication.

4          THE DEFENDANT:  That one is for blood pressure.

5          MR. BLUMENFELD:  Well, Doxazosin, judge, is

6   Cardura, which is also for an enlarged prostrate.  I know

7   because I take it.

8          THE COURT:  Well, let's not spend a lot of time

9   on that, Doctor Blumenfeld.  That's not going to make or

10  break this case.

11         MR. BLUMENFELD:  I understand, Judge.

12         THE COURT:  And that's tongue in cheek.  And let

13  me hasten to add, unless it sounds like it is taking sides

14  here, if Mr. Gonzalez is going to give me his medical

15  opinion, I am going to redact the same way.

16         MR. BLUMENFELD:  Okay.  Judge, in addition to

17  this, in addition to this, there are medications that he

18  still needs.  They are not giving him enough.

19         Well, I am going over into another area which I

20  think we should address later.  He gets dialysis 3 times a

21  week.  In fact, the week prepare to his arrest, he had to

22  get it a 4th time because of retention of fluids following

23  gallbladder surgery in which the doctor who did the surgery

24  who told his son, "If it was my father, I would not allow

25  him to go under this surgery," and he insisted, anyway,

1  because there was some question as to whether he was strong

2  enough to survive it.

3        He has nowhere to go, judge.  He has no

4  documents.  He has no travel papers.  He is not ambulatory,

5  and no country will take him.

6        Judge, we went through this in 2000.  Following

7  the service of his imprisonment as a result of the charges

8  from '97, judge, he was held by immigration.

9        And before they released him, and when they were

10  talking about not releasing him, arrangements were made

11  with Costa Rica, and Costa Rica had offered a humanitarian

12  visa for him to go there.

13        He is Cuban, judge.  And even if he wanted to go

14  back, it would not be effective because Mr. Battle was a

15  member of the Brigade.  He was a leader during the Bay of

16  Pigs Invasion.  He was imprisoned by Castro, and so he

17  certainly is not going to flee to Cuba.

18        He was given a humanitarian visa and was prepared

19  to be taken by immigration, a court order from a federal

20  judge in Atlanta to San Jose, where they were prepared to

21  receive him and to give him treatment.

22        At the last minute, from what his family was

23  told, as a result of intervention from the United States

24  Government, Costa Rica withdrew the visa request.

25        A like story occurred with respect to Guatemala.

1   He has nowhere to go.  The trip in '95 or '96 -- I am not

2   sure when -- he went to Peru.

3           The government has not directly alleged it in the

4   indictment.  Maybe they will be more specific in the

5   superseding, but I know what they are talking about from my

6   involvement in the previous case.

7           The passport fraud was so he could go to Peru to

8   get involved, they allege, with a casino, not to flee

9   because something was happening to friends, but the

10  allegations that the government is going to make -- and I

11  am sure Mr. Gonzalez will correct me if I am incorrect

12  about this -- is that he took money down to Peru to get

13  involved with a casino called Preon.  Not to flee.  And, in

14  fact, he came back from Peru and came back to the United

15  States, and they knew he was here.

16          He was interviewed by detectives from the Miami

17  Dade Police Department after he came back.  They knew where

18  he was.  He invited them in at his residence, and that's

19  testimony that came out during his passport fraud case.

20          He just has nowhere to go, judge.  He has no

21  money that has not been tied up.  I am trying to work with

22  him so that some old retirement money would be able to be

23  available to go into his commissary.

24          He gets, as the Pretrial Services report

25  indicates, I think $1,200 a month, if that is correct, for

1   social security.  He lived in an apartment with a house

2   keeper and his two little dogs.

3           He is just an old man who has severe medical

4   problems.  If he fled, judge, where in the world is he

5   going to flee to where he would have the ability to get

6   medical treatment to sustain his life?  It just isn't going

7   to happen.

8           He is prepared to meet these charges, should he

9   live long enough, but, judge, it should be under such

10  circumstances that the court may set to allow him to at

11  least be out and to get medical treatment payable by

12  Medicare and his supplementary insurance so that at least

13  we don't have to go through all of these problems.  We did

14  it in the 90's with the Federal Detention Center.

15          **THE COURT:**  Well, let me make it real simple.

16  Let's narrow this down.

17          **MR. GONZALEZ:**  May I just hand this to counsel?

18          **THE COURT:**  Sure.  I am going to let you finish,

19  Mr. Blumenfeld.  And what you need to address, besides the

20  extremely serious allegations in this case that seem, at

21  least tangentially to be borne out by the extensive

22  criminal record of the defendant, setting that aside for

23  just a moment, I am seeing what appear to be four felony

24  convictions since 1996.  You need to address why I

25  shouldn't find him a danger to the community.

1          When I let Mr. Gonzalez return, Mr. Gonzalez, you

2    are going to need to address, not his risk of flight in

3    1972, but his risk of flight today.  Mr. Blumenfeld.

4          **MR. BLUMENFELD:**  Your Honor, let me discuss the

5    charges.  The charges from the 90's.

6          He was arrested and indicted for passport fraud.

7    That was for the use of a fraudulent passport so he could

8    go to Peru.  I think in '95.  In '95 is it that he went

9    down to Peru?

10          **THE DEFENDANT:**  '94.

11          **MR. BLUMENFELD:**  '94 -- '93.

12          **MR. BLUMENFELD:**  Okay.  '93.  And then coming

13    back with that same passport from Peru, along with

14    Ms. Runciman who is a co-defendant in this case.

15          I have addressed why the allegations are why he

16    went there.  He came back.  When they arrested him, as I

17    advised the court, they found this weapon; an unloaded

18    shotgun in his closet.

19          In fact, there was testimony that from somebody

20    who said, "It was my shotgun.  I put it there."  In any

21    event, the jury convicted him.

22          On the passport fraud, he entered a plea.  He got

23    a guideline sentence which he had already served by the

24    time Judge King entered the sentence.

25          After we had these extensive hearings, judge, on

*U.S.A. vs Jose Miguel Battle - 3/25/04*

1    this issue, literally in a different sense, but literally

2    the same issue on his dangerousness, on whether his

3    criminal record understated his dangerousness, and that was

4    rejected virtually by 3 federal judges, including the one

5    to whom this case has been assigned.

6            After that, and after 3 days of hearings and

7    after it being rejected, and he got the guideline sentence,

8    another U.S. attorney -- Mr. Gonzalez was not involved at

9    that point -- indicted him for perjury on a naturalization

10   certificate; something they had known about for two years.

11           Judge, I will tell you about that case.  He

12   signed a naturalization application that was created by an

13   attorney that he had hired to try to get naturalized as a

14   U.S. citizen, and on that naturalization, there were a

15   number of questions that, frankly, the attorney himself had

16   filled out and he signed it.

17           Some of these that they indicted him for, one was

18   the question which he answered, no, "Have you ever

19   advocated polygamy?"

20           The government took the position that he had

21   advocated polygamy because he had married Ms. Runciman down

22   in Peru, despite the fact, although estranged, he was still

23   married to his wife up here.

24           One of them was an answer to a question, which I

25   dare say I don't know anybody, any adult that could answer

1   it "yes" -- I mean, no, is, "Have you ever committed a

2   crime for which you have never been arrested," I think was

3   the question.

4          Then there were questions on, "Have you ever

5   lived on funds from gambling?"  And I forgot some of the

6   others, and that case was in front of Judge Moore, and in

7   that case we agreed to plead guilty.

8          He already received an 18 month sentence and,

9   quite frankly, Judge, he pled guilty to 3 counts.  The only

10  3 that were marginal, "Have you ever committed a crime for

11  which you have never been arrested, have you ever lived on

12  the proceeds of gambling," and I forget what the third one

13  was.  It was innocuous.

14         Judge, as the court can see, Judge Moore

15  sentenced him to a guideline sentence concurrent which

16  amounted to, frankly, no other sentence.

17         These all came about in a cluster.  It is not an

18  ongoing activity.  In fact, with respect to the passport

19  fraud, it was activity that went back a number of years

20  prior to that.

21         So we are talking about years ago, judge, and we

22  are not talking about recent activity.  We are talking

23  about allegations about the 60's and the '70's and the

24  '80's and the early 90's.

25         So I would suggest to the court that those cases,

 1  this issue on dangerousness has virtually been decided by

 2  Judge Gold when he refused to even upwardly depart, much

 3  less detain.

 4          Let me also say, Judge, on the flight risk thing,

 5  they talked about a family tie to Spain.  His sister.  In

 6  the same pretrial report he indicates he has had no contact

 7  with that sister, but there is no way he is going to get to

 8  or be able to get to Spain.  I don't know how they propose

 9  that.

10          THE COURT:  Don't waste your time with that.

11          MR. BLUMENFELD:  Okay.  So that's my response

12  with respect to that, Your Honor.

13          THE COURT:  Okay.  Mr. Gonzalez?

14          MR. GONZALEZ:  Thank you, Your Honor.  Let me go

15  ahead and address the court's concern first with regards

16  the risk of flight today.

17          The United States will prove that recently, this

18  defendant as well as his son, Mr. Marquez, Mr. Rydz and

19  Mr. Vadon periodically received monies into their personal

20  account that come from a domestic company.

21          That money, in turn, comes from an offshore

22  account that is controlled by members of this conspiracy.

23          Those deposits into the personal accounts are in

24  the tens of thousands of dollars on a fairly periodic

25  basis.

1          So, with regard to his ability to have funds,

2    there is money secreted in places outside of the United

3    States that are made available to the defendants in this

4    case.

5          With regard to the defendant's medical condition

6    and how that may affect his ability to flee the

7    jurisdiction now, aside from the issue with gallbladder, if

8    I am not mistaken, and I am sure -- I will be corrected if

9    I am -- every single one of the ailments that he suffers

10   today, with the exception of the gallbladder, were ailments

11   that he was suffering at the time that the charges against

12   him in '97 and '98 were brought forward.

13         When those charges were brought forward, the

14   defendant, on much less serious charges than what he is

15   facing now, was pretrial detained, and all of those

16   ailments were treated across the street and in Jackson

17   Memorial Hospital in Ward D.

18         With regards to what happened in Peru and the

19   passport charge, Mr. Battle left the United States and went

20   to Peru, and it is our position that part of the reason --

21   well, not part of. .

22         The reason he left the United States was in order

23   to avoid prosecution.  And if I am not mistaken, I am

24   trying to remember -- this was a long time ago -- he, in

25   fact, told that to the detectives who interviewed him when

1    he ultimately returned to the United States.

2              The venture involving the casino was already

3    ongoing in Peru.  He goes to Peru.  In Peru, when he was

4    being expelled, he went ahead and married Evelyn Runciman

5    under the fictitious name that he was using.

6              He was subsequently expelled from Peru and went

7    to other countries outside of the United States, then made

8    his way back to Peru and snuck into Peru.

9              Then when he was going to be expelled again, he

10   married Evelyn Runciman a second time, this time using his

11   name José Miguel Battle.

12             He was eventually expelled out of Peru and sent

13   to the United States, which is how he made his way back

14   here, traveling under the false documents that had the

15   first name that he married Evelyn Runciman.

16             Prior to marrying Evelyn Runciman, he married his

17   first original wife, Maria Josefa, and then after being

18   estranged from her, married a second lady before Evelyn

19   Runciman.

20             So with regards to the allegation about the

21   Polygamy, he had a wife he was estranged from her for a

22   number of years and married her again.  It is, you know, on

23   numerous occasions sometimes the same woman twice under

24   different names.

25             With regards to the shotgun case and the shotgun

1  that was in his closet, what was established at trial, or

2  at least the theory that the government posed forward and

3  was borne out by the facts is that that shotgun was being

4  used by the defendant to go ahead and protect, what was it,

5  $190,000 in cash that he had secreted in his headboard.

6       I may be wrong about the amount, but it was a

7  significant amount of cash that was secreted in his head-

8  board.

9       With regards to whether or not he had a weapon

10  now when he was arrested, I certainly don't have any

11  evidence of that to the court, but the defendant, having

12  been arrested at Publix, I believe, and taken back to his

13  place in order to go ahead and get his medications, there

14  was no search done of his residence.

15       So I can't inform the court one way or another

16  whether or not there was any evidence or whether or not

17  there was any weapon there.

18       So with regards once again to his possibility of

19  risk of flight, the ailments that he suffers are ailments

20  that he has had for a considerable period of time, again

21  excluding the gallbladder, and there does appear to be from

22  somewhere a source of funds outside of the United States

23  that are made available to him.

24       MR. BLUMENFELD:  May I briefly respond, judge?

25       THE COURT:  Briefly.

1          MR. BLUMENFELD:   I prefaced it with "brief."

2          Judge, with respect to the issue, the argument

3     about '97, he had most of these ailments, that's not

4     entirely true, but as the court well knows, ailments don't

5     reach a plateau and stay the same.

6          It is 7 years more of dialysis that he has had,

7     and dialysis is a debilitating process.   It keeps you alive

8     on one hand, but it really does a lot, plus he has got all

9     of these other --

10         THE COURT:   I am hearing from Doctor Blumenfeld

11    again.

12         MR. BLUMENFELD:   Well, I heard that from knowing

13    and from having represented him, judge, but judge --

14         THE COURT:   For the record, that is said tongue

15    in cheek --

16         MR. BLUMENFELD:   I understand.

17         THE COURT:   -- so it doesn't appear on the

18    transcript that way.

19         MR. BLUMENFELD:   Judge, when he went to Peru in

20    '93, he wasn't wanted.   It was not a flight, and he did

21    come back, and they knew he was here.

22         This issue about the shotgun and their theory, it

23    was to protect money, that is something they argued.   The

24    jury found him guilty of possession because it was in his

25    bedroom.

1    The argument, judge, is it makes no sense to say

2  this shotgun was to protect a large sum of money, when

3  there were no ammunition for the shotgun.

4    So there was no evidence of that.  It is just a

5  theory, and it is speculation.

6    And finally, judge, my understanding, and I know

7  that neither Mr. Gonzalez and I were present when the

8  defendant was arrested, but he was taken back to his

9  apartment.

10    I think they allowed him to use the restroom

11  facilities and get some of his medication and get some

12  water, and all that.  And so, therefore, there was some

13  type of search to determine that there were not weapons

14  there.  In any event, there weren't.  He has not been

15  associated with a weapon in 7 years.

16    And this thing about money going into his

17  account, judge, he could have millions of dollars.  Where

18  is he going to go?  Where is he going to flee to get away

19  from this court?  It is just not there, judge.

20    THE COURT:  Well, legally, you make a good

21  argument.  What about illegally, like sneaking back into

22  Peru?

23    MR. BLUMENFELD:  Judge, from which he was

24  expelled and in which the political situation is much

25  didn't, judge, first of all, if he left illegally, he would

1  have to have -- I mean, it isn't whether there are places

2  he could sneak off to.

3          It is because of his physical condition.  How is

4  he going to go there?  How is he going to get there and how

5  is he going to live once he gets there?

6          His medical condition is worse than it was in

7  '97.  To say that, well, he had N-stage renal failure in

8  '97 and he has it now in 2004 is to ignore reality in which

9  you don't have to have an M.D.

10         It is 7 years later, plus he has got additional

11  problems, including diabetes, and diabetes is no fun for

12  younger people, and he is 74 now, as well as having his

13  gallbladder, as well as needing calcium, as well as needing

14  all of these things.

15         Judge, it just defies logic that he would seek to

16  leave the United States where he can get medical treatment

17  to keep him alive, because the result of this, if he is

18  convicted on these charges, it makes no difference what the

19  sentence is.  He is going to die, eventually, in whatever

20  time it was.

21         So I would suggest to the court that his own

22  physical frailties are the best protection against his

23  flight.

24         **THE COURT:**  Thank you.  I have heard the argument

25  of counsel and the evidence before this court.

```
 1              MR. BLUMENFELD:  Hold on.  No, no.  Don't say
 2   anything.  Judge?
 3              THE COURT:  Sir.
 4              MR. BLUMENFELD:  What he is pointing out, judge,
 5   and let me add that in addition to the situation with all
 6   of the other ailments, and I think this is indicated in the
 7   Pretrial Services report, it was discovered when he was in
 8   immigration in '99 or 2000 that he also is suffering from
 9   cirrhosis of the liver.
10              THE COURT:  Okay.  I have heard the argument of
11   counsel and the evidence before this court.
12              I think this matter, as a practical matter, is
13   resolvable by 18, United States Code, 3142(c)(2) which
14   states, "The judicial officer may not impose a financial
15   condition that results in the pretrial detention of the
16   person."
17              I have heard nothing to suggest that this
18   defendant has anything to post that will reasonably assure
19   his appearance.
20              Indeed, I find it interesting that, on the one
21   hand, the government is telling us today about the inflow
22   of offshore dollars in the "tens of thousands" that he has,
23   and yet when I asked some questions about appointing
24   Mr. Blumenfeld, one of them, the record will reflect, was
25   to the government about, "Do you know of any assets that I
```

1    should consider in appointing counsel?"  And the answer

2    was, "No."  That cuts both ways.  Okay.

3            The bottom line is I haven't heard anything from

4    the defense, and I am not being critical of the defense.

5    The defense's position is there is nothing, that would

6    reasonably assure this defendant's appearance.

7            This defendant has had a history of flight.  I am

8    not persuaded, frankly, by what happened in 1972.  For one

9    thing, he was, obviously, a lot healthier, and for another

10   thing, Doctor Brown will even tell you he was a lot

11   younger.

12           So I am not persuaded by that, but I am persuaded

13   about a pattern and a history, including the 1980's and

14   90's and his flight in that regard.

15           I am also persuaded by the fact that he has a

16   career history of convictions and felonies of numerous

17   types, including firearms, including conspiracy, and to

18   hear Mr. Blumenfeld say it, and I am not being critical of

19   Mr. Blumenfeld -- he is doing the best job for his client

20   that he can -- but if I accept Mr. Blumenfeld's story at

21   face value, Mr. Battle is, opposed to being the leader of

22   an organization, may be the most persecuted person on the

23   face of this earth who, frankly, should be getting

24   sainthood while he is at it.

25           I don't quite buy all of that.  That is said

*U.S.A. vs Jose Miguel Battle - 3/25/04*

```
 1   somewhat tongue in cheek, because the reality is, as I
 2   said, Mr. Blumenfeld is trying to do the best he can for
 3   his client.
 4         Having said that, and Mr. Blumenfeld said that
 5   Judge Gold has rejected the dangerousness to the community,
 6   and, Mr. Blumenfeld, I am going to give you a chance to
 7   find out if he still feels that way.
 8         I am granting the government's request for
 9   detention on both bases.
10         Mr. Gonzalez, if you will file it and send me an
11   order to that effect, say, by next Wednesday, I would
12   appreciate it.
13         MR. GONZALEZ:  Yes, Your Honor.
14         THE COURT:  Having said that, Mr. Blumenfeld,
15   again, I reiterate, part of my consideration is 18, United
16   States Code, 3142(c)(2).
17         The charges against this defendant are serious.
18   In fact, you have indicated, and I think candidly so, that
19   a sentence in this case, although you didn't use the words,
20   is tantamount -- I will use them -- to a death penalty.  I
21   think you would agree with that.  Am I correct?
22         MR. BLUMENFELD:  Yes, Your Honor.
23         THE COURT:  Okay.  Well, it cuts both ways, too.
24   There is also an incentive to flee, given that situation.
25   And given everything else that I see here, it would take
```

1    some serious consideration of other things to release the

2    defendant and find that he will reasonably appear.

3          And, also, as I said, he has got four convictions

4    in the last 6, 7 years.  I understand that the defense's

5    position is there are extenuating circumstances there, but

6    they are there, nonetheless.

7          So, I have made my ruling.  Mr. Gonzalez, if you

8    will please, as I said, submit the order.  I thank you.

9          MR. BLUMENFELD:  Judge, you at the time we set

10   this today, you also indicated that we could address some

11   of the health issues.  You wanted to discuss the treatment

12   issues over there.

13         THE COURT:  Well, what I said, I believe I asked

14   the government to have somebody come over from FDC, if I

15   recall correctly.

16         MR. BLUMENFELD:  Yes.

17         THE COURT:  Correct, Mr. Gonzalez?

18         MR. GONZALEZ:  Your Honor, you had me ask FDC if

19   they could come over, although you specifically told me

20   that they were not being ordered.

21         I went ahead and spoke with Trish.  She recently

22   changed her last name, if you remember.

23         THE COURT:  Yes.  Trish O'Stein is the one that

24   faxed us this list of medications.

25         MR. GONZALEZ:  Yes.  I gave her the list of the

*U.S.A. vs Jose Miguel Battle - 3/25/04*

1  medications that the defendant had told me last time in

2  court he needed to have.  Some of or I think all of those

3  are listed on that list.

4          I spoke with her yesterday.  She said that the

5  defendant was being checked out yesterday by the doctors.

6          She stated that there was one doctor in

7  particular that she wanted to speak to today who is a

8  doctor that also has a private practice.

9          She left me a message this morning.  I returned

10 the call.  She had stepped out, and I have not heard from

11 her since, but apparently something is being done because

12 she went ahead and sent that list of medications to the

13 court.

14          **THE COURT**:  Okay.  Here is what we are going to

15 do:  Obviously, we have made FDC aware, and we all are

16 aware, of Mr. Battle's medical condition.

17          While I am here to grant the government's request

18 for pretrial detention, that does not mean I am not

19 concerned about the defendant's health, and I want to do

20 the best we can to insure -- I hate to say it this way --

21 that his stay at FDC is a healthy one.

22          Certainly, Mr. Blumenfeld, if a problem arises,

23 you know where to find me.  File a motion.

24          Understand, however, and this time I do mean it

25 semi-seriously, I am not interested in hearing from "Doctor

1   Battle," and I use those words in quote, or "Doctor

2   Blumenfeld."

3         If we have got a medical problem that we need to

4   deal with on a medical basis that is not being dealt with

5   at FDC, then we will do the best we can to protect

6   Mr. Battle.  Okay?

7         **MR. BLUMENFELD:**  Judge I understand that, and I

8   appreciate that, and I appreciate the assistance of the

9   government.  I am hoping that will be ongoing.  I know it

10  was when we did this 7 years go.

11        **MR. GONZALEZ:**  Absolutely.

12        **MR. BLUMENFELD:**  That being said, it is difficult

13  to or there is not much competition for medical services at

14  FDC.  You get the doctors, if you get to see a doctor over,

15  there but you get the doctors that they give you, and then

16  to get information is difficult.

17        Frankly, now, unlike in '97, trying to get

18  information from those doctors who treated him on the

19  outside because of HIPPA is extremely difficult.

20        **THE COURT:**  Well, let me cut you off.  I don't

21  want to anticipate what could be could maybe happen down

22  the road.

23        **MR. BLUMENFELD:**  Okay.

24        **THE COURT:**  Okay.  There isn't a day that goes by

25  that I don't use this saying, so I will start today.  We

1   will cross that bridge when we come to it. Okay?

2          MR. BLUMENFELD:  Okay.

3          THE COURT:  Okay.  We have made a decision here

4   that involves incarceration.  We can also make a decision,

5   if it becomes medically necessary, to alter that decision.

6   That decision is not cast in stone.

7          MR. BLUMENFELD:  I understand.

8          THE COURT:  It may be altered on a temporary

9   basis.  It may be altered.  There are a lot of if-comes

10  down the road.  So we will deal with whatever comes down

11  the road when it gets here.  Okay?

12         MR. BLUMENFELD:  Thank you, Judge.

13         THE COURT:  Thank you.

14         MR. GONZALEZ:  Good afternoon, Your Honor.

15         THE CLERK:  All rise.  Court is adjourned.

16         (Whereupon the proceedings were concluded)

17

18

19

20

21

22

23

24

25

1              **C E R T I F I C A T E**

2         I hereby certify that the foregoing is an accurate

3    transcription of proceedings in the above-entitled matter.

4

5    7/20/04

     DATE                    JERALD M. MEYERS, RPR-CM

6                            Miami, FL  33128-7797

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25