# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

JUDGE ALAN S. GOLD           COURTROOM 10 - TENTH FLOOR




FILED by _____ D.C.
DEC 10 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI


🕐 Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **10** Dec 2004   9:00 AM ↓ *10:30* | 10:00 AM | | ORAL ARGUMENT PURSUANT TO DEFENSE COMMITTEE'S OBJECTIONS TO MAGISTRATE'S REPORT & RECOMMENDATION [DE 799] REGARDING DISCOVERY ISSUES |

04-20159 CR GOLD

U.S.A.    AUSA Juan Antonio Gonzalez ✓
         AUSA Maria Beguiristain ✓
         AUSA Maria Villafana ✓

VS

**W** JOSE MIGUEL BATTLE, SR. (J) 49960-004    **NO SHOW** ↓
       Jack Blumenfeld, Esquire ✓
**W** LUIS DeVILLIERS, SR. (J) 70630-004
       ~~Joaquin N. Fernandez~~, Esquire   **JOAQUIN MENDEZ, ESQ.**
**W** JOSE MIGUEL BATTLE, JR. (J) 63573-004
       Joel Kaplan, Esquire ✓
       Lisa Hanley Colon, Esquire ✓
**W** JULIO ACUNA (J) 70608-004
       John F. O'Donnell, Esquire
GUSTAVO BATTLE (J) 70618-004
       Ruben M. Garcia, Esquire ✓
**W** GUMERSINDO GONZALEZ (B)
       Oscar Rodriguez, Esquire   **REETIBERTO DIAZ, ESQ. FOR**
**W** LUIS PEREZ (B)
       Richard Moore, Esquire ✓

       Richard Diaz, Esquire ✓
**W** LUIS DeVILLIERS, JR. (B)
       Frank A. Rubino, Esquire   **RICHARD DIAZ, ESQ. FOR**
**W** MAURILIO F. MARQUEZ (J) 70615-004
       Curt D. Obront, Esquire ✓

SPANISH INTERPRETER FOR 15 DEFENDANTS

NOTE TO U.S. MARSHALS: Do not produce the following defendants:
Luis DeVilliers, Sr.

**W = WAIVED APPEARANCE /
HEARING HELD PURSUANT TO GOVT + DEFENSE OBJS. TO MAG'S R+R
(DE 799) - ORDER TO FOLLOW.**

© 2004 Lotus Development Corp.      12/10/2004 at 5:28 PM      Page 1 *OF 2*
Court Reporter: Joseph Millikan 305.523.5588

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**JUDGE ALAN S. GOLD**  COURTROOM 10 - TENTH FLOOR

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **10 Dec 2004** 9:00 AM | 9:00 AM | | SEE DESCRIPTION ABOVE |

04-20159 CR GOLD

U.S.A.    AUSA Juan Antonio Gonzalez
          AUSA Maria Beguiristain

VS

ANDRES DeVILLIERS (B) → *PER COUNSEL DEFT. FILED PERMANENT WAIVER OF APP. - HE RESIDES IN PUERTO RICO.*
   Jose Batista, Esquire ✓
   Efren T. Irizarry Colon, Esquire ✗ — *NOT PRESENT.*

W JORGE DAVILA (B)
   Mauricio Aldazabal, Esquire ✓

W VIVIAN RYDZ (B) → *PER COUNSEL PERMANENT WAIVER OF APP. FILED.*
   Emmanuel Perez, Esquire ✓

JOSE ALUART (B)
   Richard Docobo, Esquire ✓

JORGE NUNEZ (B) ✓
   AFPD Krita Halla ✓

NORBERTO FERNANDEZ (B) ✓
   Jose R. Rodriguez, Esquire ✓

ARGELIO JIMENEZ (B) ✓
   Reemberto Diaz, Esquire ✓

W TOMAS CABRERIZO (B)
   Jeffrey S. Weiner, Esquire — *NOT PRESENT - NO STANDING*

W EVELYN MARIBEL RUNCIMAN (B)
   Neal R. Sonnett, Esquire ✓

W VALERIO CERRON (B)
   Kenneth Kukec, Esquire ✓

SPANISH INTERPRETER FOR 15 DEFENDANTS

Note: Deft Cabrerizo filed waiver of appearance.

© 2004 Lotus Development Corp.    12/10/2004 at 5:24 PM    Page 2 of 2

Court Reporter: Joseph Millikan 305.523.5588