UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20159-CR-GOLD(s)(s)(s)
26 U.S.C. § 7201



UNITED STATES OF AMERICA

vs.

TOMAS CABRERIZO,

   Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT I

On or about April 15, 1995, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**TOMAS CABRERIZO,**

a resident of Miami-Dade County, Florida, who during the calendar year 1994 was married, did knowingly and willfully attempt to evade and defeat a significant portion of the income tax due and owing by the defendant and his spouse to the United States of America for the calendar year 1994, by preparing and causing to be prepared and by signing and causing to be signed a false joint United States Individual Income Tax Return, Form 1040, on behalf of the defendant and his spouse, which was filed with the Internal Revenue Service, wherein it understated their joint taxable income for said calendar year and the amount of tax due and owing thereon, when in truth and in fact and as the

defendant then and there well knew, their true joint taxable income for the said calendar year and the true amount of tax owing thereon to the United States of America exceeded the amounts claimed on said tax return and, as a result, substantial taxes were due and owing to the United States of America, in violation of Title 26, United States Code, Section 7201, and Title 18, United States Code, Section 2.

_for_ MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_for_ JUAN ANTONIO GONZALEZ
ASSISTANT U.S. ATTORNEY

defendant, the government, or a recommendation made jointly by both the defendant and the government.

15. This is the entire agreement and understanding between the United States and the defendant. There are no other agreements, promises, representations, or understandings.

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Date: 1/19/05          By: _____
                           JUAN A. GONZALEZ, JR.
                           ASSISTANT UNITED STATES ATTORNEY

Date: 1/19/05          By: _____
                           TOMAS CABRERIZO
                           DEFENDANT

Date: Jan. 19/2005     By: _____
                           JEFFREY WEINER, ESQ.
                           ATTORNEY FOR DEFENDANT

9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.   04-20159-CR-GOLD(s)(s)(s) |
| vs. | |
| TOMAS CABRERIZO, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendant.** _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB   ___ FTP

New Defendant(s)           Yes ___   No _X_
Number of New Defendants         _0_
Total number of counts           _1_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   _No_
   List language and/or dialect

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I   0 to 5 days      _X_          Petty    ___
   II  6 to 10 days     ___          Minor    ___
   III 11 to 20 days    ___          Misdem.  ___
   IV  21 to 60 days    ___          Felony   _X_
   V   61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  _YES_
   If yes:
   Judge: _GOLD_                       Case No.  _04-20159-CR-GOLD_
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)  _No_
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the _____        District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   _X_ Yes   ___ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   _X_ Yes   ___ No

   If yes, was it pending in the Central Region?   ___ Yes   _X_ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   _X_ Yes   ___ No

_____
JUAN A. GONZALEZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0897388

*Penalty Sheet(s) attached

REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **TOMAS CABRERIZO**

**Case No:** 04-20159-CR-ASG(s)(s)(s)

Count #: 1

Tax Evasion

26 U.S.C. §7201

**\*Max. Penalty:** 5 years' imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.