AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

**SOUTHERN** District of **FLORIDA**

FILED by ___ D.C.
JAN 1 9 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

TOMAS CABRERIZO,

          Defendant.  /

**WAIVER OF INDICTMENT**

CASE NUMBER: 04-20159-CR-GOLD(s)(s)(s)

I, <u>Tomas Cabrerizo</u>, the above named defendant, who is accused of knowingly and willfully attempting to evade and defeat a significant portion of the income tax due and owing by himself and his spouse to the United States of America for the calendar year 1994, by preparing and causing to be prepared and by signing and causing to be signed a false joint United States Individual Income Tax Return, Form 1040, on behalf of himself and his spouse, which was filed with the Internal Revenue Service, wherein it understated their joint taxable income for said calendar year and the amount of tax due and owing thereon, when in truth and in fact and as the defendant then and there well knew, their true joint taxable income for the said calendar year and the true amount of tax owing thereon to the United States of America exceeded the amounts claimed on said tax return and, as a result, substantial taxes were due and owing to the United States of America, in violation of Title 26, United States Code, Section 7201, and Title 18, United States Code, Section 2, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on ___JAN, 19, 2005___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                                 Tomas Cabrerizo
                                                 Defendant

                                                 Jeffrey S. Weiner
                                                 Counsel for Defendant

Before _____
The Honorable Alan S. Gold
United States District Judge
1/19/05