IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04 – 20159 CR GOLD

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| vs. § | |
| TOMAS CABRERIZO, § | |
| Defendant. § | |

## AMENDED ORDER MODIFYING TERMS OF PRETRIAL RELEASE

(DE #1015) THIS MATTER has come before this Court upon the "Unopposed Motion to Modify the Defendant's Terms of Pretrial Release".

This Court, being familiar with this matter, hereby GRANTS said Motion.

Therefore, it is hereby ORDERED and ADJUDGED, that;

1. That the defendant be permitted to travel to New York, New York for a business trip from Thursday, February 3, 2005, and to return to the Southern District of Florida on Monday, February 7, 2005, and that the defendant be permitted to travel to Jacksonville, Florida, Sarasota, Florida, **Orlando, Florida and Hilton Head, South Carolina** for a one-day business trip on Wednesday, February 9, 2005, and to return to the Southern District of Florida before midnight on the same day.

2. All other terms and conditions of the defendant's pretrial release order remain in full effect.

DONE and ORDERED in Chambers at Miami-Dade County, Florida this 3 day of February, 2005.

ALAN S. GOLD
United States District Judge

Copies to:
Jeffrey S. Weiner, Esquire
Tony Gonzalez, Esquire, Assistant United States Attorney
Officer John Hinson of Pretrial Services