IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-CR-20159 ASG

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| vs. § | |
| TOMAS CABRERIZO, § | |
| Defendant, _____/ | |



FILED by _____ D.C.
APR 12 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## MOTION FOR DISBURSMENT OF BOND

COMES NOW, TOMAS CABRERIZO, by and through his undersigned counsel, and hereby respectfully states to this Honorable Court that the above-named defendant has fully complied with all the conditions of his appearance bond in this case. It is therefore requested that the defendant's cash bail heretofore posted by DELGADO INVESTMENTS, LTD in the amount of $200,000.00, plus any accrued interest, be refunded to DELGADO INVESTMENTS, LTD, 480 West 84th Street, Building A-201, Hialeah, Florida.

WHEREFORE, for good cause shown and based upon the above, as well as in the interests of justice, undersigned counsel requests that this court grant this motion and enter an order <u>disbursing the bond.</u>

Respectfully submitted,

WEINER & RATZAN, P.A.
 ATTORNEYS AT LAW
Two Datran Center, Suite 1910
9130 South Dadeland Blvd.
Miami, Florida 33156
Ph.:  305 670-9919
Fax:  305 670-9299

By: _____
JEFFREY S. WEINER, ESQUIRE
Florida Bar No. 185214

I HEREBY certify that a true and correct copy of the foregoing was hand-delivered ~~mailed~~ to Assistant United States Attorney Antonio Gonzalez, 99 N.E. 4th Street, Miami, Florida 33132-2111 this 12th day of April, 2005.

_____
JEFFREY S. WEINER, ESQUIRE

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA
at Miami

☐ RECEIVED FROM   DELGADO INVESTMENTS, LTD
480 W. 84 St Bldg A # 201
HIALEAH, FL

USA vs Tomas Cabrerizo

| Fund | | ACCOUNT | AMOUNT | |
|---|---|---|---|---|
| 6855XX | Deposit Funds | 604700 | 200,000 | 00 |
| 604700 | Registry Funds | | | |
| | General and Special Funds | | | |
| 508800 | Immigration Fees | | | |
| 085000 | Attorney Admission Fees | | | |
| 086900 | Filing Fees | TOTAL | 200,000.00 | |
| 322340 | Sale of Publications | | | |
| 322350 | Copy Fees | Case Number or Other Reference | | |
| 322360 | Miscellaneous Fees | 04-20159-CR-Gold | | |
| 143500 | Interest | | | |
| 322380 | Recoveries of Court Costs | | | |
| 322386 | Restitution to U.S. Government | | | |
| 121000 | Conscience Fund | | | |
| 129900 | Gifts | | | |
| 504100 | Crime Victims Fund | | | |
| 613300 | Unclaimed Monies | | | |
| 510000 | Civil Filing Fee (½) | | | |
| 510100 | Registry Fee | | | |

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 8/12/04   Cash ☐ Check ☑ M.O. ☐ Credit ☐   DEPUTY CLERK

Appeared and Bond Requested