UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 04-20159-CR-GOLD/MCALILEY

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE MIGUEL BATTLE, SR. et al.,

Defendants.

_____/

## FURTHER ORDER ON GOVERNMENT'S
## MOTION TO DEFER DISCOVERY

On April 11, 2005, a hearing was held before the undersigned concerning issues

surrounding the Government's Motion to Defer Discovery. [DE 666]. At the conclusion of

that hearing the Court agreed that the parties may file, no later than close of business on April

22, 2005, supplemental memoranda of law addressing the issues raised at the hearing. To

the extent the Defense Management Committee ("DMC") files a memorandum, all

Defendants will be deemed to have joined in that memorandum, unless they file a written

pleading stating otherwise. Individual Defendants who take a different position than the

DMC shall file their pleading no later than the close of business on April 26, 2005.

The Court must understand the full scope of the *ex parte* hearing the Government

proposes be held. To that end the Government is directed to include the following in its

1



written submission to the Court, portions of which may be filed under seal:

1.  First, it must proffer in writing the testimony and documentary evidence it wishes to introduce at an *ex parte* hearing. To the extent that testimony is already stated in the affidavits previously submitted to the Court, the Government may simply reference those affidavits.

2.  Second, the Government shall identify the name of each witness it wishes to call at an *ex parte* hearing and identify the subject of their testimony. To the extent the Government has a particularized concern for the safety of any of those witnesses should the substance of their testimony become known to the Defendants, it shall state the basis of its concern.

3.  Third, as for the approximately fifty (50) witnesses whose identity is the subject of the Government's Motion to Defer Discovery, the Government shall identify for the Court *which of those witnesses* will necessarily be identified in the course of the Government's presentation of evidence at an *ex parte* hearing, and whether those witnesses are presently in custody.

    **Counsel are reminded to deliver, mail or fax a courtesy copy of their pleadings to the chambers of the undersigned Magistrate Judge.**

**DONE AND ORDERED** in chambers at Miami, Florida, this 12th day of April,

2005.

CHRIS MCALILEY
U.S. MAGISTRATE JUDGE

*copies to*:

The Honorable Alan S. Gold.
The Honorable Ted E. Bandstra
All counsel of record on attached service list

U.S.A. VS. Battle, et. al., CASE NO. 04-20159 CR GOLD

cc:    Robert Josefsberg, Esquire
305.358.2382 fax

AUSA Maria J. Beguiristain
305.715.7640
305.715.7639 fax

AUSA Juan Antonio Gonzalez
305.715.7640
305.715.7639 fax

AUSA Ana Marie C. Villafana
561.820.8711
561.820.8777

Jack Blumenfeld, Esquire
for Jose Miguel Battle, Sr.
9130 South Dadeland Blvd
Suite 1200
Miami, FL 33156
305.670.3311
305.670.7003 fax

Joel Kaplan, Esquire for Jose M. Battle Jr.
100 N. Biscayne Blvd.
Suite 1100
Miami, Florida 33132
305.374.2111
305.374.0564 fax

Lisa Hanley Colon, Esquire
co-counsel for Jose M. Battle Jr.
100 N. Biscayne Blvd.
Suite 1100
Miami, Florida 33132
305.374.2112
305.374.0564 fax

John F. O'Donnell, Esq.
for Julio Acuna
2648 NE 26th Place
Ft. Lauderdale, FL. 33306
954.563.9993
954.566.7754 fax

Ruben M. Garcia, Esquire
for Gustavo Battle
1209 SE 3rd Avenue
Ft. Lauderdale, FL 33316-1905
954.462.4600
954.462.0828 fax

Oscar Rodriguez, Esquire
for Gumersindo Gonzalez
2400 S. Dixie Highway
Suite 200
Miami Florida 33133-3153
305.445.2000
305.854.8782 fax

Luis Fernandez, Esquire co-counsel
for Gumersindo Gonzalez
2250 SW 3rd Avenue
Suite 303
Miami, Florida 33129
305.854.5955
305.854.5324 fax

Richard Moore, Esquire for Luis Perez
One NE 2nd Avenue
Suite 200
Miami, Florida 33132
305.373.2336
fax: 305.358.2503

Richard J. Diaz, Esquire
for ███████████
3127 Ponce de Leon Blvd.
Coral Gables, FL 33134-6816
305.444.7181
305.444.8178 fax

Curt D. Obront, Esquire
for Maurilio F. Marquez
200 South Biscayne Blvd.
Suite 2940
Miami, Florida 33131-2305
305.373.1040
305.373.2040 fax

Mauricio Aldazabal, Esquire for Jorge
Davila
2655 LeJeune Road
Suite 1001
Coral Gables, FL 33134
305.569.9566
305.444.7578 fax

Emmanuel Perez, Esquire for Vivian Rydz
Two Alhambra Circle
Suite 508
Coral Gables, FL 33134
305.442.7442
305.441.9218 fax

U.S.A. VS. Battle, et. al., CASE NO. 04-20159 CR GOLD

Richard Docobo, Esquire for Jose Aluart
80 SW 8th Street Suite 2803
Miami, FL 33130
305.423.6868
305.536.6179 fax

AFPD Krista A. Halla for Jorge Nunez
305.350.7000
305.536.4559 fax

Jose Rafael Rodriguez, Esq.
for Norberto Fernandez
6367 Bird Road
Miami, Florida 33155-4825
305.667-4445
305.667.4118 fax

Reemberto Diaz, Esquire
for Argelio Jimenrez
2929 SW 3rdAvenue Ste 410
Miami Florida 33129-2770
305.446.0001
305.285.9110 fax

Neal R. Sonnett, Esquire
for Evelyn Maribel Runciman
One Biscayne Tower Ste 2600
2 South Biscayne Blvd.
Miami, FL 33131-1804
305.358.2000
305.358.1233 fax

Theresa M.B. Van Vliet, Esquire
co-counsel for Evelyn Maribel Runciman
200 East Broward Blvd., Suite 1500
Fort Lauderdale, Florida 33301
954.527.2484
954.333.4084 fax

Kenneth J. Kukec, Esquire
for Valerio Cerron
2 South Biscayne Blvd.
Suite 2600
Miami, Florida 33131-1804
305.358-2000
305.358.1233 fax