UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20159-CR-GOLD

UNITED STATES OF AMERICA

vs.

TOMAS CABRERIZO,

Defendant.
_____/

NIGHT BOX FILED

APR 14 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## UNITED STATES' MOTION TO DISMISS THE INDICTMENT

COME NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby moves this Honorable Court to dismiss the original indictment filed in the above captioned case as to the defendant, TOMAS CABRERIZO and in support thereof, states as follows:

1. On January 19, 2005, the defendant entered into a plea agreement whereby he agreed to plead guilty to count one of a superseding information.

2. In the plea agreement, the United States agreed to seek dismissal of the indictment filed in Case No. 04-20159-CR-GOLD, as to the defendant, at time of sentencing.

1

3. On April 14, 2005, the defendant was sentenced.

WHEREFORE, the United States now seeks dismissal of the indictment as to the defendant, TOMAS CABRERIZO .

                Respectfully submitted,

                MARCOS DANIEL JIMENEZ
                UNITED STATES ATTORNEY

By: _____

JUAN A. GONZALEZ
ASSISTANT U.S. ATTORNEY
FLA. BAR NO. 897388
11200 NW 20TH Street
Miami, Florida 33172
Telephone: (305) 715-7640
Facsimile:  (305) 715-7639

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed this 14th day of November, 2005, to Jeffrey Weiner, Esq., attorney for defendant.

_____
JUAN A. GONZALEZ
ASSISTANT U.S. ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20159-CR-GOLD

UNITED STATES OF AMERICA

vs.

TOMAS CABRERIZO,

**Defendant.**
_____/

## ORDER

THIS CAUSE having come before the Court upon motion by the United States made pursuant to the plea agreement entered into by the United States and the defendant in the above captioned case, and this Court being otherwise fully informed it is hereby,

ORDERED AND ADJUDGED that the United States' motion to dismiss the indictment in the above captioned case as to defendant TOMAS CABRERIZO is hereby GRANTED.

DONE AND ORDERED in chambers, this _____ day of April, 2005.

_____
ALAN S. GOLD
US DISTRICT COURT JUDGE

cc:
Juan A. Gonzalez, Jr. AUSA
Jeffrey Weiner, Esq.