AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **FLORIDA**

USA

v.

Jose Miguel Battle, JR

**EXHIBIT AND WITNESS LIST**

Case Number: 04-20159-CR-Gold

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TED E. BANDSTRA | Juan Gonzalez, David Haimes | Joel Kaplan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1-5-2006 | | PATTY W. FITZPATRICK |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 1-5-06 | ✓ | ✓ | Search Warrant |
| | 2 | " | ✓ | ✓ | SunTrust Safe Deposit Box lease |

FILED BY ___ D.C.
'06 JAN 27 PM 3:42
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages      1820

## SunTrust

**SunTrust Bank,** Miami, FL ("Bank")   Box No. 613

Safe Deposit Box Lease and Personal Signature Card
PAGE 1 of 2

1. **Lessee Name** Grace G. Batlle   SSN 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
   Mailing Address 605 Warren La.
   City Key Biscayne   State FL   ZIP 33145
   Street Address
   City   State   ZIP
   Home Phone 305-361-1694   Business Phone
   Employer   Phone
   Nearest Relative   Relationship

2. **Lessee Name** Aleida Gomez   SSN 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
   Mailing Address 605 Warren Lane
   City Key Biscayne   State FL   ZIP 33145

3. **Lessee Name** Evelio Gomez   SSN 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
   Mailing Address 605 Warren Lane
   City Key Biscayne   State FL   ZIP 33145

4. **Lessee Name** Maria Batlle   SSN 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
   Mailing Address 1541 Brickell Ave. Apt. 704
   City Miami, Florida   State FL   ZIP 33129

Debit Account Number 0597059085499   Other Account Number

The undersigned Lessee(s) hereby leases the above referenced Safe Deposit Box in accordance with the terms and conditions set forth in Bank's Safe Deposit Box Rules and Regulations, including Bank's limitation of liability, as amended from time to time, and acknowledges the receipt of same and two (2) keys in a sealed envelope for the Box.

Lessee(s) Signature(s)
1. Grace G. Batlle   3. [signature]
2. [signature]   4. [signature] Maria Batlle

Branch Key Biscayne   Center Number 5970059
Date Received 10/27/95   Rate Code/Box Size 8   5x10

10164 (8/97)

---

## SunTrust

**SunTrust Bank,** Miami, FL ("Bank")   Box No. 613

Safe Deposit Box Lease and Personal Signature Card
PAGE 2 of 2

1. **Lessee Name** Grace Batlle   SSN 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
   Mailing Address 605 Warren La.
   City Key Biscayne   State FL   ZIP 33145
   Street Address
   City   State   ZIP
   Home Phone 305-361-1694   Business Phone
   Employer   Phone
   Nearest Relative Maria Batlle   Phone 361-6443   Relationship in-law

2. **Lessee Name** Evelia Gomez   SSN 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
   Mailing Address 605 Warren La.
   City Key Biscayne   State FL   ZIP 33145

3. **Lessee Name** Jose R. Batlle   SSN 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
   Mailing Address 1310 S. Machita Dr.
   City Key Biscayne   State FL   ZIP

4. **Lessee Name** Norma Gomez   SSN 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
   Mailing Address 605 Warren La.
   City Key Biscayne   State FL   ZIP 33142

Debit Account Number   Other Account Number

The undersigned Lessee(s) hereby leases the above referenced Safe Deposit Box in accordance with the terms and conditions set forth in Bank's Safe Deposit Box Rules and Regulations, including Bank's limitation of liability, as amended from time to time, and acknowledges the receipt of same and two (2) keys in a sealed envelope for the Box.

Lessee(s) Signature(s)
1. Grace Batlle   3. Jose R. Batlle
2. [signature]   4. Norma Gomez

Branch Key Biscayne   Center Number 5970059
Date Received 4/10/98   Rate Code/Box Size 8   5x10

10164 (8/97)

**DEFENDANT'S EXHIBIT**
CASE NO. 1

(v. 5/85) Search Warrant

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

In the Matter of the Search of
(Name, address or brief description of property or premises to be searched)

The premises located at SunTrust
Key Biscayne Branch
520 Crandon Blvd., Key Biscayne, Florida
Box Number 613 in the name of
Grace Gomez Batlle.

## SEARCH WARRANT

CASE NUMBER: 04-8286-WCT

TO: Service and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Santiago Aquino__ has reason to
                                                          Affiant

believe that [ ] on the person of or [X] on the premises known as (name, description and/or location)

SunTrust, Key Biscayne Branch, 520 Crandon Blvd., Key Biscayne, Florida, Box Number 613, in the name of Grace Gomez Batlle,

in the __SOUTHERN__ District of __FLORIDA__ there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __3/30/04__
                                                                       (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.)(at any time in the day or night as I find reasonable cause has been established)) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or prop-erty seized and promptly return this warrant to __Duty magl.__ as required by law.   •   U.S. Judge or Magistrate Judge

__3/22/04__   __10:50A__ at __Miami, Florida__
Date and Time Issued                         City and State

WILLIAM C. TURNOFF
United States Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer

**DEFENDANT'S EXHIBIT**
CASE NO. 2

450-00607

AO 93 (Rev. 5/85) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>3/23/04 | DATE AND TIME WARRANT EXECUTED<br>3/23/04 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Box 613 |
| INVENTORY MADE IN THE PRESENCE OF   S/A  John Pesnichak | | |
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br><br>See Attachment | | |

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

**450-00608**

*[signature]*  3/31/04
U.S. Judge or Magistrate    Date

## ATTACHMENT B

Books, records, gambling records, which consists of but not limited to Lottery bet slips, telephone tally sheets, periodic win/ loss sheets, telephone lists of bettors, cassette tapes containing recorded conversations related to illegal wagering, ledgers, journals, receipts, invoices, billing statements, and other papers, records, or documents, opened and/or sealed packages and/or other mailings of JOSE M. BATTLE, Sr.; JOSE M. BATTLE Jr.; GRACE GOMEZ BATLLE; MANUEL MARQUEZ; ABRAHAM RYDZ; MARGARET RYDZ; ORESTES VIDAN; LUIS DEVILLIERS Sr.; MILAGROS DEVILLIERS; LUIS DEVILLIERS Jr.; YORAM IZHAK; MORDEHAY TAKO; TOMAS CABRERIZO and their clients or associates, and any business or corporation in which they may be an owner, manager, shareholder or any interest, which may record or relate in any way to transactions involving the preparation of income tax returns and/or financial reports.

Corporate and other personal records or other documents, bank statements, bank deposit tickets, cancelled checks, check registers, letters of credit, loan records, reconciliations, and other records of receipts, and dispositions received by JOSE M. BATTLE, Sr.; JOSE M. BATTLE Jr.; GRACE GOMEZ BATLLE; MANUEL MARQUEZ; ABRAHAM RYDZ; MARGARET RYDZ; ORESTES VIDAN; LUIS DEVILLIERS Sr.; MILAGROS DEVILLIERS; LUIS DEVILLIERS Jr.; YORAM IZHAK; MORDEHAY TAKO; TOMAS CABRERIZO and any business or corporation in which they may be an owner, manager, shareholder or any interest, and/or third parties.

Computers, including personal digital assistants (PDA), computer printers, software, magnetic storage media, computer peripherals, computer printers, any and all reference and/or manuals, rolodex, telephone directories, fax machines, answering machines, cassette tapes, typewriters, photocopy machines, and the information contained within them relating to information used in preparing income tax returns and/or financial reports.

Any and all information and/or data stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer or with the aid of computer-related equipment that may relate to the preparation of income tax returns and/or financial reports. This media includes floppy diskettes, fixed hard disks, removable hard disk cartridges, videocassettes and other media, which is capable of storing magnetic coding.

In the event that the agents cannot, for technical reasons, obtain access to any subject computer or cannot search for or copy information contained on that computer, the agents are then authorized to seize such computer and remove it to a laboratory setting for a sufficient period of time to obtain access to, search for, and recover the files and financial records described above. In addition, if the files and records described above cannot be read and understood without the software or programs that created those files or records, the agents are authorized to seize such software and any documentation and manuals that describe the software and give instruction on its installation and use.

Copies of all prepared federal income tax returns, including but not limited to IRS Forms 1040,

**450-00609**

IRS Forms 1040A, IRS Forms 1040EZ, IRS Forms 8453, IRS Forms 8453-OL; W-2s, Deposit Notices, correspondence, memoranda, client lists, agendas, and other documents and papers which may relate to the preparation and transmission of federal income tax returns.

Any and all other records, documents, and/or evidence constituting the fruits and instrumentalities of potential violations of the Title18, United States Code, Sections 1084 (interstate and foreign transmission of wagering information); 1953 (interstate and foreign transportation of wagering paraphernalia); 1955 (illegal gambling businesses) and 1956(a) and (h) (laundering of monetary instruments and conspiring to launder monetary instruments); and 1962(d) (racketeering conspiracy).

All United States or foreign currency, checks, negotiable instruments, money orders, certificates of deposit, cashiers checks, letters of credit, debit cards, prepaid cards, gift certificates, precious stones, jewels, and metals, winning gambling tickets, life insurance policies, titles or equity interest in properties, or any items, which would represent the proceeds from JOSE M. BATTLE, Sr.; JOSE M. BATTLE Jr.; GRACE GOMEZ BATLLE; MANUEL MARQUEZ; ABRAHAM RYDZ; MARGARET RYDZ; ORESTESVIDAN; LUIS DEVILLIERS Sr.; MILAGROS DEVILLIERS; LUIS DEVILLIERS Jr.; YORAM IZHAK; MORDEHAY TAKO; TOMAS CABRERIZ's illegal activities or items traceable to proceeds of the same.

AO 93 (Rev. 5/85) Search Warrant

613

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>3/23/2004 | DATE AND TIME WARRANT EXECUTED<br>3/23/2004  9:38am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Box 613, Suntrust Bank |

INVENTORY MADE IN THE PRESENCE OF
SA Pesnichak / SA Smith / Manni Salazar / Billy Wells

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

See Suntrust Safe deposit box inventory list, 8 pages.

nothing more.

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate        Date

450-00612

# SunTrust

**Safe Deposit Box Inventory**

SunTrust Bank, _Miami_

Lessee(s) _Grace Gomez Batlle_
_Aqua Gomez, Fela Gomez_
_Maria Batlle, Jose P. Batlle_

Branch Name/No. _597 - Key Biscayne_

Box No. _613_

Inventory Date _03-23-04_

Indicate purpose of inventory: (X)

☐ Will Search (no physical inventory conducted)
☒ Court Order
☐ Box Closed By Mail
☐ Initial Opening of Ward's Box by Guardian
☐ Initial Opening by Personal Representative
☐ Other (describe) _____

We, the undersigned, do hereby certify the above referenced Safe Deposit Box was opened in our presence for the purpose indicated and was found to contain the following items:

3 - yellow color coins (1984)
1 - yellow color charm
1 - white color bracelet with white stone
1 - white color coin
1 - black vinyl jewelry pouch
1 - yellow color bracelet with blue, green, yellow and red stone (Jose)
1 - yellow color chain with yellow color man like, dog like pendant
1 - yellow color pendant # 30 on it
1 - yellow color watch (Piaget) with white stone
1 - yellow color bracelet
1 - Black leather yellow color watch (omega) with white color stone
1 - white color paper with instructions

_Bill Will_                               _Maria Solana_   3-23-04
Bank Officer's Signature        Date      Authorized Signature        Date

**Receipt of Contents Removed**

I acknowledge receipt of the following items removed from the above referenced box:

☐ Will of Decedent (mailed to Clerk of Court)
☐ Burial Deed or Instructions of Decedent
☐ Insurance Policy of Decedent (to beneficiary only)
☐ Contents Mailed to Customer
☒ Other (describe) _____

**450-00613**

_____
Authorized Signature        Date

102316 (2/99)            Orginal - Customer copy            Yellow - Bank copy

# SunTrust

**Safe Deposit Box Inventory**

SunTrust Bank: Miami

Lessee(s): Gladys Gomez Batlle, Nelida Gomez, Evelio Gomez, Maria Batlle, Jose P. Batlle

Branch Name/No.: 0597 - Key Biscayne

Box No.: 613

Inventory Date: 03-23-04

Indicate purpose of inventory: (X)

- ☐ Will Search (no physical inventory conducted)
- ☒ Court Order
- ☐ Box Closed By Mail
- ☐ Initial Opening of Ward's Box by Guardian
- ☐ Initial Opening by Personal Representative
- ☐ Other (describe) _____

We, the undersigned, do hereby certify the above referenced Safe Deposit Box was opened in our presence for the purpose indicated and was found to contain the following items:

1 - Emerald color box
1 - White color ring with large white stone
1 - Yellow color ring with white stone
1 - Yellow color cuff links with green color stone
2 - White color cuff links with multiple white color stone
1 - Yellow color tie tag
1 - Gold color bracelet
1 - White color tie tack with multiple white stone
1 - Yellow color watch
2 - Yellow color cuff links with white stone
1 - Yellow color key chain ch[ain]

Bank Officer's Signature: Bill W[...]    Date
Authorized Signature: [signature]    Date: 03-23-04

---

**Receipt of Contents Removed**

I acknowledge receipt of the following items removed from the above referenced box:

- ☐ Will of Decedent (mailed to Clerk of Court)
- ☐ Burial Deed or Instructions of Decedent
- ☐ Insurance Policy of Decedent (to beneficiary only)
- ☐ Contents Mailed to Customer
- ☒ Other (describe) Subpoena

Authorized Signature: [signature]    Date

450-00614

102316 (2/99)   Orginal - Customer copy   Yellow - Bank copy

# SunTrust

**Safe Deposit Box Inventory**

SunTrust Bank, _Miami_

Lessee(s) _Grace Gomez Batlle,_
_Nerma Gomez, Evelio Gomez_
_Maria Batlle, Jose P Batlle_

Branch Name/No. _597 - Key Biscay._

Box No. _613_

Inventory Date _03-23-04_

Indicate purpose of inventory: (X)

- ☐ Will Search (no physical inventory conducted)
- ☒ Court Order
- ☐ Box Closed By Mail
- ☐ Initial Opening of Ward's Box by Guardian
- ☐ Initial Opening by Personal Representative
- ☐ Other (describe) _____

We, the undersigned, do hereby certify the above referenced Safe Deposit Box was opened in our presence for the purpose indicated and was found to contain the following items:

1 - White color watch with multiple white stone (Juvenia)
1 - Yellow color watch (Eterna)
2 - White color earings with white stone
1 - Small baptism certificate for Jose Miguel Rodriguez
1 - Orange color jewelry pouch with 2 yellow color pendants, 2 white color earings with white color stone and one gold color coin.
2 - Gold color pendants with white beads
2 - Yellow color necklace
1 - White color necklace with cross and white stones
1 - White color necklace with yellow color pendant
1 - Yellow color pendant with picture
1 - White color bead.

Bank Officer's Signature _____ Date _____
Authorized Signature _____ Date _3-23-04_

**Receipt of Contents Removed**

I acknowledge receipt of the following items removed from the above referenced box:

- ☐ Will of Decedent (mailed to Clerk of Court)
- ☐ Burial Deed or Instructions of Decedent
- ☐ Insurance Policy of Decedent (to beneficiary only)
- ☐ Contents Mailed to Customer
- ☒ Other (describe) _Subpoena_

Authorized Signature _____ Date _____

450-00615

102316 (2/99)   Orginal - Customer copy   Yellow - Bank copy

# SunTrust

**Safe Deposit Box Inventory**

SunTrust Bank, Miami

Lessee(s): Grace Gomez Batlle
Noevio Gomez - Evelio Gomez
Maria Batlle  Jose R. Batlle

Branch Name/No. 597-Key Biscayne
Box No. 613
Inventory Date 03-23-04

Indicate purpose of inventory: (X)

- [ ] Will Search (no physical inventory conducted)
- [X] Court Order
- [ ] Box Closed By Mail
- [ ] Initial Opening of Ward's Box by Guardian
- [ ] Initial Opening by Personal Representative
- [ ] Other (describe) _____

We, the undersigned, do hereby certify the above referenced Safe Deposit Box was opened in our presence for the purpose indicated and was found to contain the following items:

1 - White color bracelet with white and green color stone.
1 - Gold color necklace with white color stone.
  - Pearl Flower jewelry envelope
1 - Necklace with white beads
1 - Gold color necklace with blue stones
1 - Yellow color pendant with white color surface
1 - Gold color bracelet
2 - White color earrings with white color stone
1 - Yellow color bracelet with yellow color coin pendant
3 - Yellow color pendant
1 - Yellow color bracelet with multiple white stone
1 - Yellow color pendant

Bank Officer's Signature / Date
Authorized Signature / Date 03-23-04

## Receipt of Contents Removed

I acknowledge receipt of the following items removed from the above referenced box:

- [ ] Will of Decedent (mailed to Clerk of Court)
- [ ] Burial Deed or Instructions of Decedent
- [ ] Insurance Policy of Decedent (to beneficiary only)
- [ ] Contents Mailed to Customer
- [X] Other (describe) Subpoena

450-00616

Authorized Signature / Date

102316 (2/99)     Orginal - Customer copy     Yellow - Bank copy

# SunTrust

**Safe Deposit Box Inventory**

SunTrust Bank, _Miami_

Lessee(s) _Grace Gomez Batlle_
_Noevia Gomez - Evelio Gomez_
_Maria Batlle Jose P. Batlle_

Branch Name/No. _597 - Key Biscay_

Box No. _613_

Inventory Date _03-23-04_

Indicate purpose of inventory: (X)

☐ Will Search (no physical inventory conducted)
☒ Court Order
☐ Box Closed By Mail
☐ Initial Opening of Ward's Box by Guardian
☐ Initial Opening by Personal Representative

☐ Other (describe) _____

We, the undersigned, do hereby certify the above referenced Safe Deposit Box was opened in our presence for the purpose indicated and was found to contain the following items:

1 — Coral color bead necklace with yellow angle pendant
1 — Clear bag with 6 yellow color coins
1 — Yellow envelope with watch links
1 — Yellow envelope with business card

1 — Blue jewelry box
  1 — red and green beads with multi red, white and green stones
  1 — gold color ring with red, green, and white stone
  1 — yellow color ring with one large white color stone and multiple white color stone
  1 — yellow color ring with multiple green stone and white stone in center
  2 — yellow color earings with red, white and green color stone
  2 — white color earings with green and white stone

_____        _____
Bank Officer's Signature   Date        Authorized Signature   Date

---

**Receipt of Contents Removed**

I acknowledge receipt of the following items removed from the above referenced box:

☐ Will of Decedent (mailed to Clerk of Court)
☐ Burial Deed or Instructions of Decedent
☐ Insurance Policy of Decedent (to beneficiary only)
☐ Contents Mailed to Customer
☒ Other (describe) _Subpoena_

450-00617

_____
Authorized Signature   Date

102316 (2/99)        Original - Customer copy        Yellow - Bank copy

# SunTrust

**Safe Deposit Box Inventory**

SunTrust Bank: Miami
Lessee(s): Grace Gomez Batlle, Noevia Gomez - Evelio Gomez, Maria Batlle, Jose Batlle

Branch Name/No: 597 / Key Biscayne
Box No.: 613
Inventory Date: 03-23-04

Indicate purpose of inventory: (X)

- ☐ Will Search (no physical inventory conducted)
- ☒ Court Order
- ☐ Box Closed By Mail
- ☐ Initial Opening of Ward's Box by Guardian
- ☐ Initial Opening by Personal Representative
- ☐ Other (describe) _____

We, the undersigned, do hereby certify the above referenced Safe Deposit Box was opened in our presence for the purpose indicated and was found to contain the following items:

- 1 - Safety pin with white color and yellow color pendant
- 1 - Yellow color coin (1959)
- 9 - Gold color bracelets
- 1 - White box with 2 earrings (white stone)
- 1 - Pink flower pendant
- 1 - Gold color ring
- 1 - Pink color necklace
- 1 - Yellow color watch (Eterna)
- 1 - Yellow color rosary
- 1 - Yellow color pendant with multiple white stones
- 1 - Yellow color earring
- 1 - Yellow color pendant with palm tree

_Bank Officer's Signature_    Date    _Authorized Signature_    Date

## Receipt of Contents Removed

I acknowledge receipt of the following items removed from the above referenced box:

- ☐ Will of Decedent (mailed to Clerk of Court)
- ☐ Burial Deed or Instructions of Decedent
- ☐ Insurance Policy of Decedent (to beneficiary only)
- ☐ Contents Mailed to Customer
- ☒ Other (describe) Subpoena

_Authorized Signature_    Date

102316 (2/99)    Orginal - Customer copy    Yellow - Bank copy

450-00618

# SunTrust

**Safe Deposit Box Inventory**

SunTrust Bank, _Miami_

Branch Name/No. _0597 / Key Biscayne_

Lessee(s) _Grace Gomez Batlle, Noevia Gomez - Evelio Gomez, Maria Batlle, Jose P. Batlle_

Box No. _613_

Inventory Date _03-23-04_

Indicate purpose of inventory: (X)

- ☐ Will Search (no physical inventory conducted)
- ☒ Court Order
- ☐ Box Closed By Mail
- ☐ Initial Opening of Ward's Box by Guardian
- ☐ Initial Opening by Personal Representative
- ☐ Other (describe) _____

We, the undersigned, do hereby certify the above referenced Safe Deposit Box was opened in our presence for the purpose indicated and was found to contain the following items:

1 - silver color ring with white stone
1 - yellow color ring with 6 small white stone
1 - yellow color ring with Aprox 26 white stone
1 - yellow color ring with big white bead
1 - yellow color ring with cuban emblem
1 - yellow color bracelet with gold charm with 1916 year
4 - white plastic bag with 4 gold color charms on! 1 gold color coin 1950
1 - bolt color charm (1821-1947)
1 - pink color stone
1 - white plastic bag with gold color coin
1 - white plastic bag with gold color charm
1 - white clear charm with gold trim and white small stone

Bank Officer's Signature / Date

Authorized Signature _Maria V. Salazar_  3-23-04 / Date

**Receipt of Contents Removed**

I acknowledge receipt of the following items removed from the above referenced box:

- ☐ Will of Decedent (mailed to Clerk of Court)
- ☐ Burial Deed or Instructions of Decedent
- ☐ Insurance Policy of Decedent (to beneficiary only)
- ☐ Contents Mailed to Customer
- ☒ Other (describe) _Subpoena_

450-00619

Authorized Signature / Date

102316 (2/99)    Orginal - Customer copy    Yellow - Bank copy

# SunTrust

**Safe Deposit Box Inventory**

SunTrust Bank, ___Miami___

Lessee(s) ___Grace Gomez Batlle___
___Noelia Gomez - Evelio Gomez___
___Maria Batlle  Jose P. Batlle___

Branch Name/No. ___0597/Key Biscay___

Box No. ___613___

Inventory Date ___03-23-04___

Indicate purpose of inventory: (X)

- ☐ Will Search (no physical inventory conducted)
- ☒ Court Order
- ☐ Box Closed By Mail
- ☐ Initial Opening of Ward's Box by Guardian
- ☐ Initial Opening by Personal Representative
- ☐ Other (describe) ___

We, the undersigned, do hereby certify the above referenced Safe Deposit Box was opened in our presence for the purpose indicated and was found to contain the following items:

= Blue Flower Jewelry Big pouch with
1 - Juvenia yellow color watch
1 - Silver color Cerber watch with Aprox. 19 white stone
1 - Yellow color charm with religious symbol
1 - Yellow color symbol (music charm) with red stone.
1 - Yellow color coin (1926)
1 - Yellow color envelope with 6 yellow color charm and 2 gold color coins
1 - Safety pin with yellow color pyramith
1 - Yellow color ring with green stone, purple stone, tiger eye stone, purple stone, white stone, blue stone and 8 smaller red stones
1 - Yellow color ring with large purple stone.
1 - Yellow color earring
1 - Silver color ring with 14 white stones
1 - Yellow color ring with pink color stone

___[signature]___   ___[signature]___ 03-23-04
Bank Officer's Signature   Date   Authorized Signature   Date

## Receipt of Contents Removed

I acknowledge receipt of the following items removed from the above referenced box:

- ☐ Will of Decedent (mailed to Clerk of Court)
- ☐ Burial Deed or Instructions of Decedent
- ☐ Insurance Policy of Decedent (to beneficiary only)
- ☐ Contents Mailed to Customer
- ☒ Other (describe) ___Subpoena___

450-00620

___[signature]___
Authorized Signature   Date

102316 (2/99)   Orginal - Customer copy   Yellow - Bank copy