AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

SOUTHERN USA v.    DISTRICT OF    FLORIDA - MIAMI DIV.

JOSE MIGUEL BATTLE, SR., ET. AL.

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 04-20159-CR-GOLD

| PRESIDING JUDGE ALAN S. GOLD | PLAINTIFF'S ATTORNEY AUSA JUAN A. GONZALEZ | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) HEARING HELD 02/27/06 | COURT REPORTER JOSEPH MILLIKAN | COURTROOM DEPUTY JACOB M. HASBUN |

| PLF NO | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 3 | | 02/27/06 | ✓ | | DEATH CERTIFICATE · CITY OF NY - RE: IDALIA FERNANDEZ. |
| | | | | | |
| | | | | | FILED by _____ D.C. MAR 16 2006 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

**DEPARTMENT OF HEALTH**
**OFFICE OF VITAL RECORDS**

**CERTIFICATE OF DEATH**

Certificate No. 156-84-119768 [32]

DATE FILED

4 DEC 3 P5: 51

**1. NAME OF DECEASED** (Type or Print)

| Idalia | | Fernandez |
|---|---|---|
| First Name | Middle Name | Last Name |

## MEDICAL CERTIFICATE OF DEATH (To be filled in by the Physician)

**2. PLACE OF DEATH** — NEW YORK CITY — a. BOROUGH: Manhattan

b. Name of hospital or institution, if not hospital, street address: St Luke's Hospital

c. If in hospital (Check): 1 ☐ DOA   2 ☒ Emerg. Rm.   3 ☐ Outpatient   4 ☐ Inpatient

d. If inpatient, date of current admission: Month / Day / Year

**3a. DATE AND HOUR OF DEATH**

| (Month) | (Day) | (Year) | 3b. HOUR | | 4. SEX | 5. APPROXIMATE AGE |
|---|---|---|---|---|---|---|
| November | 30 | 1984 | 3:45 | ☐ AM  ☒ PM | Female | 40 years |

**6.** I HEREBY CERTIFY that in accordance with the provisions of law, I took charge of the dead body at OFFICE OF CHIEF MEDICAL EXAMINER 520 FIRST AVENUE NY 10016 NY on the 2nd day of December 19 84

I further certify from the investigation and post mortem examination ☒ with ☐ without autopsy that in my opinion death occurred on the date and at the hour stated above and resulted from:

☐ Natural Causes   ☐ Suicide   ☐ Undetermined Circumstances
☐ Accident   ☒ Homicide   ☐ Pending Further Investigation

and that the causes of death were:

**PART 1**
a. Immediate cause: Multiple gunshot wounds (5) to head and neck
b. Due to or as a consequence of: with internal injury and hemorrhage. Homicide.
c. Due to or as a consequence of:

**PART 2**
d. Contributory causes:

M.E. Case No. M84-9224

Signed: Gwen I. Harleman (Associate) (Medical Examiner) M.D.

## PERSONAL PARTICULARS (To be filled in by Funeral Director)

**7. USUAL RESIDENCE**

| a. STATE | b. COUNTY | c. CITY, TOWN OR LOCATION | d. STREET AND HOUSE NUMBER | e. INSIDE CITY LIMITS OF 7c |
|---|---|---|---|---|
| New York | New York | New York | 133 W. 90th Street | ☒ YES ☐ NO |

**8. MARITAL STATUS** (Check One): 1 ☐ Never Married   2 ☐ Married or Separated   3 ☐ Widowed   4 ☒ Divorced

**9. CITIZEN OF WHAT COUNTRY:** U.S.A.

**10. NAME OF SURVIVING SPOUSE** (If wife, give maiden name):

**11. DATE OF BIRTH OF DECEDENT:** January 12, 1944

**12. AGE AT LAST BIRTHDAY:** 40

If under 1 year: mos. / days — If less than 1 day: hrs. / min.

**13a. USUAL OCCUPATION** (Kind of work done during most of working lifetime, do not enter retired): HOUSEWIFE

**13b. KIND OF BUSINESS:** OWN HOME

**14. SOCIAL SECURITY NO.:** 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

**15. BIRTHPLACE** (State or Foreign Country): PUERTO RICO

**16. OTHER NAME(S) BY WHICH DECEDENT WAS KNOWN:**

**17. NAME OF FATHER OF DECEDENT:**

**18. MAIDEN NAME OF MOTHER OF DECEDENT:**

**19a. NAME OF INFORMANT:** IDALIA M. FERNANDEZ

19b. RELATIONSHIP TO DECEASED: DAUGHTER

19c. ADDRESS: 133 W. 90th ST.  (City) N.Y.  (State) N.Y.

**20a. NAME OF CEMETERY OR CREMATORY:** ST. RAYMONDS

20b. LOCATION (City, Town, State and Country): BRONX, NEW YORK

20c. DATE OF BURIAL OR CREMATION: 12.5.84

**21a. FUNERAL DIRECTOR:** WALTER B. COOKE, INC.

21b. ADDRESS: 117 W. 72nd STREET, N.Y. N.Y.

BUREAU OF VITAL RECORDS — DEPARTMENT OF HEALTH — THE CITY OF NEW YORK

GOVERNMENT EXHIBIT 3
04-20519-CR-

Image reflects quality of original submission

to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Steven P. Schwartz, Ph.D., City Registrar

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.21 of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

DATE ISSUED    November 17, 2005    DOCUMENT No.  P558355

**Look for the following security features before accepting this document:**
- Blue engraved border and seals with raised intaglio printing
- Multi-colored pink-blue-pink background
- Micro printing of the words New York City Department of Health and Mental Hygiene immediately above the bottom border and visible using a magnifying glass
- This watermark in the paper, which will be visible when held to the light:

VR-134 300M (3/04) P.O. No. M410808



**OFFICIAL
VITAL RECORD**