UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20159-CR-GOLD

UNITED STATES OF AMERICA

v.

JOSE MIGUEL BATTLE, JR.,
et al.,

      Defendants.
_____/

## SIXTH BILL OF PARTICULARS AS TO FORFEITURE

The United States of America, by this Sixth Bill of Particulars for Forfeiture of Property, hereby gives additional notice of certain property to be forfeited in this matter.

The forfeiture allegations of the superseding indictment seeks forfeiture of property pursuant to Title 18, United States Code, Section 1963. The United States hereby gives notice that, in addition to other property specifically and generally identified in the forfeiture allegations of the Indictment, as well as property specifically and identified in the Bill of Particulars filed on or about March 17, 2004, and in the Second Bill of Particulars filed on or about March 19, 2004, and in the Third Bill of Particulars filed on or about March 22, 2004, and in the Fourth Bill of Particulars filed on or about May 11, 2004, and in the Fifth Bill of Particulars filed on or about August 4, 2004, the United States seeks forfeiture of the following property upon conviction of the defendants for violation of Title 18, United States Code, Section 1962(d).

(1)   3655 Northwest 3rd Street, One Stop Properties, 12th Street Manors PB 5-59 Lots 7 and 8 Blk 16 or 15133-2833 0791-1 of Miami-Dade County, Florida;

(2)   1161-71 Flagler Street, One Stop Properties, Lawrence Estate Land COS SUB PB 2-46 Lots 10 Thru 13 Less W7.5 FT and Less S10 FT of Lot 13 for R/W Blk 14 Lot Size 26941 Sq ft. of Miami-Dade County, Florida

(3)   Vacant Land, One Stop Properties, Lawrence Estate Land COS SUB PB 2-46 E. 50 Ft. Lots 8 and 9 Blk 14 Lot Size 50.000 X 100 OR 14872-2524, 0191 5 of Miami-Dade County, Florida

(4)   Items seized on or about March 23, 2004 from safe deposit box #613 located at Suntrust Key Biscayne Branch (520 Crandon Blvd., Key Biscayne, FL), including coins and assorted jewelry;

(5)   Ocean Bank Account 61103305

(6)   Ocean Bank Account 620429505

(7)   Ocean Bank Account 616332720

(8)   Ocean Bank Account 609754511

(9)   Ocean Bank Account 609755311

(10)  Ocean Bank Account 611103305

(11)  Ocean Bank Account 611104105

(12)  Ocean Bank Account 615510311

(13)  Ocean Bank Account 616106505

(14)  Ocean Bank Account 617400005

(15)   Ocean Bank Account 617537605

(16)   Ocean Bank Account 619453211

(17)   Ocean Bank Account 619467211

(18)   Ocean Bank Account 620429505

(19)   Ocean Bank Account 621344805

(20)   Ocean Bank Account 60609754528

(21)   Ocean Bank Account 60609754529

(22)   Ocean Bank Account 60616106528

(23)   Ocean Bank Account 60616332728

(24)   Ocean Bank Account 60616332729

(25)   Ocean Bank Account 60616332730

(26)   Ocean Bank Account 60616332731

(27)   Ocean Bank Account 60616332732

(28)   Ocean Bank Account 60616332733

(29)   Ocean Bank Account 60616332734

(30)   Ocean Bank Account 60616332735

(31)   Ocean Bank Account 60609755386

(32)   Ocean Bank Account 620429505

(33)   All lease and or rental payments due to One Stop Properties

(34)   All payments including but not limited to principal and interest due from Havana Club and Men's Designer Wear owed to Jose Miguel Battle, Jr.

(35)   All payments including but not limited to principal and interest due from El Zapotal owed to Jose Miguel Battle, Jr. and his assigns.

(36)   All payments including but not limited to principal and interest due from Jose Miguel Battle, Jr. and his assigns owed to El Zapotal.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: *Alison W. Lehr*
ALISON W. LEHR
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar No. 444537
99 N.E. 4th Street - 7th Floor
Miami, Florida 33132
Telephone: (305) 961-9176
Fax: (305) 536-7599
Alison.Lehr@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of July 2006, a copy of this filing will be sent by facsimile transmission to the counsel of record listed below and will be hand-delivered at the United States District Courthouse, 301 North Miami Avenue, Tenth Floor, Miami, Florida.

Alison W. Lehr
ALISON W. LEHR
Assistant United States Attorney

Maria del Carmen Calzon, Esquire
Attorney for Manuel Marquez
1050 Spring Garden Road
Miami, Florida 33136

Joel Kaplan, Esquire
Lisa Hanley Colon, Esquire
Attorney for Jose Miguel Battle, Jr.
100 North Biscayne Boulevard
Suite 1100
Miami, Florida 33132

John Francis O'Donnell, Esquire
Attorney for Julio Acuna
2850 North Andrews Avenue
Fort Lauderdale, Florida   33311